IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**
**CYNTHIA ANN JONES**                                                                **PLAINTIFFS**

V.                                                       CIVIL ACTION NO. 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND**
**CAROL JOHNSTON**                                                                    **DEFENDANTS**

## NOTICE OF APPEARANCE

COMES NOW, Grayson Lacey of the law firm of Burson Entrekin Orr Mitchell & Lacey, PA and hereby enters his appearance as co-counsel for Defendant Donnie Scoggin.

This, the **7th** day of **October**, **2022.**

**DONNIE SCOGGIN, DEFENDANT**

/s/Grayson Lacey
His attorney

**RICHARD O. BURSON-MSB#7580**
**GRAYSON LACEY-MSB#102304**
**BURSON ENTREKIN ORR MITCHELL & LACEY PA**
535 North Fifth Avenue
P.O. Box 1289
Laurel, MS 39441-1289
Phone: 601-649-4440
Fax     601-649-4441
Email: burson@beolaw.com
           lacey@beolaw.com
           *Of Counsel for Defendant Donnie Scoggin*

## **CERTIFICATE OF SERVICE**

    I, Grayson Lacey, attorney for the Defendant, do hereby certify that I have this filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a true and correct copy to all counsel of record.

    This the **7th** day of **October**, **2022.**

                                         */s/ Grayson Lacey*
                                         GRAYSON LACEY