# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CORBEY JONES AND**
**CYNTHIA ANN JONES**                                         **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES OF**
**THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; and**
**CAROL JOHNSON**                                         **DEFENDANTS**

## ORDER

On October 7, 2022, Defendant Donnie Scoggin filed a Motion to Dismiss [10]. Plaintiffs shall respond to this motion on or before October 21, 2022. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant Scoggin may file a reply on or before October 28, 2022. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U. Civ. R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U. Civ. R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise whether such request is opposed.

                                                        /s/ Keith Starrett
                                                        KEITH STARRETT
                                                        UNITED STATES DISTRICT JUDGE