IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES and**
**CYNTHIA ANN JONES**                                                                **PLAINTIFFS**

v.                                                          CIVIL ACTION NO.: 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF**
**JOE BERLIN; DEPUTY JAMES MANN;**
**SGT. JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES OF THE**
**JONES COUNTY SHERIFF 1-5; DONNIE**
**SCOGGIN; AND CAROL JOHNSTON**                                              **DEFENDANTS**

## ENTRY OF APPEARANCE

**NOW COMES** Bethany A. Tarpley of the firm Jacks |Griffith |Luciano, P.A., Attorneys at Law, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters her appearance as counsel of record for Defendants Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston.

**RESPECTFULLY SUBMITTED,** this the 11th day of October, 2022.

                                               **JACKS | GRIFFITH | LUCIANO, P.A.**

By:   /s/ ***Bethany A. Tarpley***
       Bethany A. Tarpley, MS Bar No. 104134
       Attorney for Defendants Deputy James
       Mann, Sgt. Jesse James, Deputy Colton
       Dennis, and Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323

Email: btarpley@jlpalaw.com
www.jlpalaw.com

## CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

> Robert B. McDuff, Esq.
> Law Office of Robert McDuff
> Email: rbm@mcdufflaw.com
> **Attorney for Plaintiffs**
>
> Stephen J. Haedicke, Esq.
> Law Office of Stephen Haedicke, LLC
> Email: stephen@haedickelaw.com
> **PHV Attorney for Plaintiffs**
>
> William Robert Allen, Esq.
> Allen, Allen, Breeland & Allen, PLLC
> Email: will.allen@aabalegal.com
> **Attorney for Jones County, MS & Sheriff Joe Berlin**
>
> Rick Burson, Esq.
> Grayson Lacey, Esq.
> Burson Entrekin Orr Mitchell & Lacey, P.A.
> Email: burson@beolaw.com
>            lacey@beolaw.com
> Attorneys for Scoggins

**DATED** this 11th day of October, 2022.

    /s/ ***Bethany A. Tarpley***
Bethany A. Tarpley