**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CORBEY JONES AND**                                                    **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                              Civil Action No. **2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**                   **DEFENDANTS**

<u>**ENTRY OF APPEARANCE**</u>

Comes now the undersigned, Lance W. Martin, of Allen, Allen, Breeland & Allen,

PLLC, and hereby enters his appearance as one of the attorneys for Defendants Jones

County, Mississippi and Sheriff Joe Berlin.

This, the 19th day of October, 2022.

Respectfully submitted,

**JONES COUNTY, MISSISSIPP**
**AND SHERIFF JOE BERLIN**

BY:    <u>*/s/ Lance W. Martin*</u>
              One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB # 105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

## <u>CERTIFICATE</u>

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys for Defendants Jones County, Mississippi  hereby certify that on this day, I electronically filed the foregoing Entry of Appearance, with the Clerk of the Court using the ECF system, which gave notice of the same to the following:

Robert McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com

*Attorneys for Plaintiffs*

Bethany A. Tarpley, Esq.  
Daniel J. Griffith, Esq.  
JACKS | GRIFFITH | LUCIANO, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
btarpley@jlpalaw.com  
dgriffith@jlpalaw.com  
*Attorneys for Defendants Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston*

Richard O. Burson, Esq.  
Peeler Grayson Lacey, Jr., Esq.  
Burson, Entrekin, Orr, Mitchell & Lacey, PA  
P. O. Box 1289  
Laurel, MS 39441-1289  
burson@beolaw.com  
lacey@beolaw.com  
*Attorneys for Defendant, Donnie Scoggin*

This, the 19th day of October, 2022.

/s/ Lance W. Martin  
OF COUNSEL