IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                            **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                                  **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**             **DEFENDANTS**

## NOTICE OF SERVICE

TO:    Robert McDuff, Esq.                    Stephen J. Haedicke-PHV
           The Law Office of Robert McDuff       Law Office of Stephen J. Haedicke, LLC
           767 North Congress Street               1040 St. Ferdinand Street
           Jackson, MS 39202                        New Orleans, LA 70117
           rbm@mcdufflaw.com                    stephen@haedickelaw.com
              *Attorneys for Plaintiff*

      Notice is hereby given that Defendants Jones County, Mississippi, and Sheriff Joe Berlin have this day served their Initial Disclosures. The undersigned will retain the originals of the above documents as required by the rules.

      This, the 1st day of November, 2022.

                                                          Respectfully submitted,

                                                          **JONES COUNTY, MISSISSIPPI**
                                                          **AND SHERIFF JOE BERLIN**

                                                           By:    */s/ Lance W. Martin*
                                                                    One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  lmartin@aabalegal.com

# CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, attorneys of record for Jones County, Mississippi, and Sheriff Joe Berlin, hereby certify that I have this day electronically filed the foregoing Notice of Service with the Clerk of the Court using the ECF system, which gave notification of the same to the following participants:

| | |
|---|---|
| Robert McDuff, Esq. | Stephen J. Haedicke-PHV |
| The Law Office of Robert McDuff | Law Office of Stephen J. Haedicke, LLC |
| 767 North Congress Street | 1040 St. Ferdinand Street |
| Jackson, MS  39202 | New Orleans, LA 70117 |
| rbm@mcdufflaw.com | stephen@haedickelaw.com |
| *Attorneys for Plaintiffs* | |
| | |
| Bethany A. Tarpley, Esq. | Richard O. Burson, Esq. |
| Daniel J. Griffith, Esq. | Peeler Grayson Lacey, Jr., Esq. |
| JACKS \| GRIFFITH \| LUCIANO, P.A. | Burson, Entrekin, Orr, Mitchell & Lacey, PA |
| P. O. Box 1209 | P. O. Box 1289 |
| Cleveland, MS 38732 | Laurel, MS 39441-1289 |
| btarpley@jlpalaw.com | burson@beolaw.com |
| dgriffith@jlpalaw.com | lacey@beolaw.com |
| *Attorneys for Defs. Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston* | *Attorneys for Def. Donnie Scoggin* |

This, the 1st day of November, 2022.

/s/ *Lance W. Martin*
OF COUNSEL