IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES and**
**CYNTHIA ANN JONES**                                                              **PLAINTIFFS**

v.                                          CIVIL ACTION NO.: 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF**
**JOE BERLIN; DEPUTY JAMES MANN;**
**SGT. JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES OF THE**
**JONES COUNTY SHERIFF 1-5; DONNIE**
**SCOGGIN; AND CAROL JOHNSTON**                                       **DEFENDANTS**

## NOTICE OF SERVICE OF DEFENDANTS' INITIAL CORE DISCLOSURES

**PURSUANT TO** Rule 5(d) of the Federal Rules of Civil Procedure, Defendants Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, have this day served the following upon all parties, by and through counsel of record:

*Defendants' Initial Core Disclosures.*

**RESPECTFULLY SUBMITTED,** this the 8th day of November, 2022.

                                     **JACKS | GRIFFITH | LUCIANO, P.A.**

                    By:   /s/ ***Bethany A. Tarpley***
                           Bethany A. Tarpley, MS Bar No. 104134
                           Attorney for Defendants Deputy James Mann,
                           Sgt. Jesse James, Deputy Colton Dennis, and
                           Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323

Email: btarpley@jlpalaw.com
www.jlpalaw.com

## CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Service* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

Robert B. McDuff, Esq.
Law Office of Robert McDuff
Email: rbm@mcdufflaw.com
**Attorney for Plaintiffs**

Stephen J. Haedicke, Esq.
Law Office of Stephen Haedicke, LLC
Email: stephen@haedickelaw.com
**PHV Attorney for Plaintiffs**

William Robert Allen, Esq.
Allen, Allen, Breeland & Allen, PLLC
Email: will.allen@aabalegal.com
**Attorney for Jones County, MS & Sheriff Joe Berlin**

Rick Burson, Esq.
Grayson Lacey, Esq.
Burson Entrekin Orr Mitchell & Lacey, P.A.
Email: burson@beolaw.com
          lacey@beolaw.com
Attorneys for Scoggins

**DATED** this 8th day of November, 2022.

  /s/ ***Bethany A. Tarpley***
Bethany A. Tarpley