**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| **Plaintiffs,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>NOTICE OF SERVICE</u>

TO:    William R. Allen (MSB #100541)      Richard O. Burson, Esq.
       Lance W. Martin (MSB #105203)      Peeler Grayson Lacey, Jr., Esq.
       Allen, Allen, Breeland & Allen, PLLC    Burson,Entrekin,Orr, Mitchell & Lacey, PA
       214 Justice Street                        P.O. Box 1289
       P.O. Box 751                          Laurel, MS 39441-1289
       Brookhaven, MS 39602-0751       burson@beolaw.com
       Tel. 601-833-4361                   lacey@beolaw.com
       Fax 601-833-6647                  Attorneys for Def. Donnie Scoggin
       Email: wallen@aabalegal.com
       Email: lmartin@aabalegal.com

       Bethany A. Tarpley, Esq.
       Daniel J. Griffith, Esq.
       Jacks, Griffith & Luciano, P.A.
       P.O. Box 1209
       Cleveland, MS 38732
       btarpley@jlpalaw.com
       dgriffith@jlpalaw.com
           Attorneys for Defs. Deputy James
           Mann, Sgt. Jesse James, Deputy Colton
           Dennis, and Carol Johnston

       Notice is hereby given that Plaintiffs Corbey Jones and Cynthia Jones served their Initial

Disclosures on counsel for Defendants on November 9, 2022.  The undersigned will retain the

originals of the above documents as required by the rules.

This, the 16th day of November 2022.

Respectfully submitted,

By: _____

Robert McDuff, Esq.
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke

_____

Stephen J. Haedicke-PHV
Law Office of Stephen J. Haedicke, LLC
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke

_____