IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                    **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                                     **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**                    **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that Defendants, Jones County, Mississippi, and Sheriff Joe Berlin have this date served:

- Jones County, Mississippi, and Sheriff Joe Berlin's Responses to Plaintiffs' First Set of Requests for Production.

The undersigned will retain the original of the above document as required by the rules.

This, the 19th of January, 2023.

                                                     Respectfully submitted,

                                                     **JONES COUNTY, MS, AND**
                                                     **SHERIFF JOE BERLIN**

                                                     BY:     */s/ Lance W. Martin*
                                                                   One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

# **CERTIFICATE**

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the ECF system which gave notice to the following:

Robert B. McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com  
    *Attorneys for Plaintiffs*

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com

Daniel J. Griffith, Esq.  
Bethany A. Tarpley, Esq.  
Jacks, Griffith & Luciano, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
dgriffith@jlpalaw.com  
btarpley@jlpalaw.com  
    *Attorneys for Defs. Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston*

Richard O. Burson, Esq.  
Peeler Grayson Lacey, Jr., Esq.  
Burson, Entrekin, Orr, Mitchell & Lacey, PA  
P. O. Box 1289  
Laurel, MS 39441-1289  
burson@beolaw.com  
lacey@beolaw.com  
    *Attorneys for Def. Donnie Scoggin*

This, the 19th day of January, 2023.

                                                  */s/ Lance W. Martin*  
                                                OF COUNSEL