IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**
**CYNTHIA ANN JONES**                                                                 **PLAINTIFFS**

V.                                                        CIVIL ACTION NO. 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND**
**CAROL JOHNSTON**                                                                    **DEFENDANTS**

**DEFENDANT DONNIE SCOGGIN'S**
**NOTICE OF SERVICE OF DISCOVERY**

TO:   ALL COUNSEL OF RECORD

Notice is hereby given, pursuant to the Federal Rules of Civil Procedure, that Defendant Donnie Scoggin has this date, served in the above entitled action:

**Defendant Donnie Scoggin's First Set of Interrogatories and Requests for Production of Documents Propounded to Plaintiffs.**

The undersigned retains the original of the above paper as custodian thereof pursuant to the Rules of this Court.

Respectfully submitted, this the **23rd** day of **January, 2023.**

**DONNIE SCOGGIN, DEFENDANT**

BY:   */s/ Richard O. Burson*
**His Attorney**

**RICHARD O. BURSON-MSB#7580**
**GRAYSON LACEY-MSB#102304**
**BURSON ENTREKIN ORR MITCHELL & LACEY PA**
535 North Fifth Avenue
P.O. Box 1289
Laurel, MS 39441-1289
Phone: 601-649-4440
Fax:     601-649-4441
Email: burson@beolaw.com
           lacey@beolaw.com

## CERTIFICATE OF SERVICE

I, Richard O. Burson, attorney for the defendant, do hereby certify that I have this filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a true and correct copy to all counsel of record.

This the **23rd** day of **January, 2023.**

*/s/ Richard O. Burson*
RICHARD O. BURSON