IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES and**
**CYNTHIA ANN JONES**                                                                 **PLAINTIFFS**

**v.**                                                       **CIVIL ACTION NO.: 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF**
**JOE BERLIN; DEPUTY JAMES MANN;**
**SGT. JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES OF THE**
**JONES COUNTY SHERIFF 1-5; DONNIE**
**SCOGGIN; AND CAROL JOHNSTON**                                                      **DEFENDANTS**

## NOTICE OF INTENT

**PLEASE TAKE NOTICE** that the Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, by and through counsel, on February 1, 2023, has caused to be issued a subpoena *duces tecum* (a copy of which is attached as Exhibit "A") on the following:

**Office of the State Medical Examiner**
**215 Allen Stuart Dr.**
**Pearl, MS 39208**

**RESPECTFULLY SUBMITTED,** this the 1st day of February, 2023.

                                                    **JACKS | GRIFFITH | LUCIANO, P.A.**

                                    By:   /s/ ***Bethany A. Tarpley***
                                          Bethany A. Tarpley, MS Bar No. 104134
                                          Attorney for Defendants Deputy James Mann,
                                          Sgt. Jesse James, Deputy Colton Dennis, and
                                          Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171

facsimile: (662) 843-6176
cell: (662) 721-7323
Email: btarpley@jlpalaw.com
www.jlpalaw.com

## CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Intent* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

>Robert B. McDuff, Esq.
>Law Office of Robert McDuff
>Email: rbm@mcdufflaw.com
>**Attorney for Plaintiffs**
>
>Stephen J. Haedicke, Esq.
>Law Office of Stephen Haedicke, LLC
>Email: stephen@haedickelaw.com
>**PHV Attorney for Plaintiffs**
>
>William Robert Allen, Esq.
>Lance W. Martin, Esq.
>Allen, Allen, Breeland & Allen, PLLC
>Email: will.allen@aabalegal.com
>**Attorney for Jones County, MS & Sheriff Joe Berlin**
>
>Rick Burson, Esq.
>Grayson Lacey, Esq.
>Burson Entrekin Orr Mitchell & Lacey, P.A.
>Email: burson@beolaw.com
>       lacey@beolaw.com
>**Attorneys for Scoggins**

**DATED** this 1st day of February, 2023.

>   /s/ *Bethany A. Tarpley*
>Bethany A. Tarpley