UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| **Plaintiffs,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

TO: William R. Allen (MSB #100541)   Richard O. Burson, Esq.
Lance W. Martin (MSB #105203)   Peeler Grayson Lacey, Jr., Esq.
Allen, Allen, Breeland & Allen, PLLC   Burson, Entrekin, Orr, Mitchell & Lacey, PA
214 Justice Street   P.O. Box 1289
P.O. Box 751   Laurel, MS 39441-1289
Brookhaven, MS 39602-0751   burson@beolaw.com
Tel. 601-833-4361   lacey@beolaw.com
Fax 601-833-6647   Attorneys for Def. Donnie Scoggin
Email: wallen@aabalegal.com
Email: lmartin@aabalegal.com

Bethany A. Tarpley, Esq.
Daniel J. Griffith, Esq.
Jacks, Griffith & Luciano, P.A.
P.O. Box 1209
Cleveland, MS 38732
btarpley@jlpalaw.com
dgriffith@jlpalaw.com
   Attorneys for Defs. Deputy James
   Mann, Sgt. Jesse James, Deputy Colton
   Dennis, and Carol Johnston

Notice is hereby given that Plaintiffs Corbey Jones and Cynthia Jones, through counsel, served a subpoena duces tecum to the Mississippi Bureau of Investigation on January 25, 2023. The undersigned will retain the originals of the above documents as required by the rules.

This, the 5th day of February 2023.

                                                            Respectfully submitted,

By: _____
Robert McDuff, Esq.
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke
Stephen J. Haedicke-PHV
Law Office of Stephen J. Haedicke, LLC
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

/s/ Stephen J. Haedicke