## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CORBEY JONES and CYNTHIA ANN JONES**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS, ET AL.**  **DEFENDANTS**

### ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Extend Deadlines [35]. In the Motion, Plaintiffs request 30-day extensions of the expert designation deadlines. The Motion is unopposed, and the Court finds good cause to grant these extensions.

IT IS, THEREFORE ORDERED that:

1. Plaintiffs' Motion to Extend Deadlines [35] is GRANTED;

2. Plaintiffs' expert designation deadline is extended to April 3, 2023;

3. Defendants' expert designation deadline is extended to May 3, 2023;

4. All other provisions and deadlines contained in the Case Management Order [26] remain in place.

SO ORDERED this the 14th day of February, 2023.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE