UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| **Plaintiffs,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

TO:  William R. Allen (MSB #100541)          Richard O. Burson, Esq.
     Lance W. Martin (MSB #105203)           Peeler Grayson Lacey, Jr., Esq.
     Allen, Allen, Breeland & Allen, PLLC    Burson, Entrekin, Orr, Mitchell & Lacey, PA
     214 Justice Street                      P.O. Box 1289
     P.O. Box 751                            Laurel, MS 39441-1289
     Brookhaven, MS 39602-0751               burson@beolaw.com
     Tel. 601-833-4361                       lacey@beolaw.com
     Fax 601-833-6647                             Attorneys for Def. Donnie Scoggin
     Email: wallen@aabalegal.com
     Email: lmartin@aabalegal.com

     Bethany A. Tarpley, Esq.
     Daniel J. Griffith, Esq.
     Jacks, Griffith & Luciano, P.A.
     P.O. Box 1209
     Cleveland, MS 38732
     btarpley@jlpalaw.com
     dgriffith@jlpalaw.com
          Attorneys for Defs. Deputy James
          Mann, Sgt. Jesse James, Deputy Colton
          Dennis, and Carol Johnston

Notice is hereby given that Plaintiff Corbey Jones served his responses to Defendant Donnie Scoggin's First Set of Interrogatories and Requests for Production on February 23, 2023.

The undersigned will retain the originals of the above documents as required by the rules.

This, the 23rd day of February 2023.

                                                Respectfully submitted,

By: _____
Robert McDuff, Esq.
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke
_____
Stephen J. Haedicke-PHV
Law Office of Stephen J. Haedicke, LLC
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

                                      /s/ Stephen J. Haedicke