UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| **Plaintiffs,** | * | 2:22-CV-93-KS-MTP |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

TO:  William R. Allen (MSB #100541)            Richard O. Burson, Esq.
     Lance W. Martin (MSB #105203)             Peeler Grayson Lacey, Jr., Esq.
     Allen, Allen, Breeland & Allen, PLLC      Burson,Entrekin,Orr, Mitchell & Lacey, PA
     214 Justice Street                        P.O. Box 1289
     P.O. Box 751                              Laurel, MS 39441-1289
     Brookhaven, MS 39602-0751                 burson@beolaw.com
     Tel. 601-833-4361                         lacey@beolaw.com
     Fax 601-833-6647                                  Attorneys for Def. Donnie Scoggin
     Email: wallen@aabalegal.com
     Email: lmartin@aabalegal.com

  Bethany A. Tarpley, Esq.
  Daniel J. Griffith, Esq.
  Jacks, Griffith & Luciano, P.A.
  P.O. Box 1209
  Cleveland, MS 38732
  btarpley@jlpalaw.com
  dgriffith@jlpalaw.com
         Attorneys for Defs. Deputy James
         Mann, Sgt. Jesse James, Deputy Colton
         Dennis, and Carol Johnston

Notice is hereby given that Plaintiff Corbey Jones, through counsel, intend to serve a subpoena duces tecum to the South Central Regional Medical Center. The undersigned will retain the originals of the above documents as required by the rules.

This, the 3rd day of March 2023.

                                        Respectfully submitted,

                    By:      _____
                               Robert McDuff, Esq.
                               The Law Office of Robert McDuff
                               767 North Congress Street
                               Jackson, MS 39202
                               rbm@mcdufflaw.com

                               /s/ Stephen Haedicke
                               Stephen J. Haedicke-PHV
                               Law Office of Stephen J. Haedicke, LLC
                               1040 St. Ferdinand Street
                               New Orleans, LA 70117
                               stephen@haedickelaw.com
                               Admitted Pro Hac Vice

                               Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, on March 3, 2023, which will send notice of filing to all counsel of record.

                               /s/ Stephen J. Haedicke