IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                               **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                          Civil Action No. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**              **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that Defendants, Jones County, Mississippi, and Sheriff Joe Berlin have this date served:

- Jones County, Mississippi, and Sheriff Joe Berlin's Third Supplemental Response to Plaintiffs' First Set of Requests for Production.

The undersigned will retain the original of the above document as required by the rules.

This, the 22d day of March, 2023.

                                                              Respectfully submitted,

                                                               **JONES COUNTY, MS, AND**
                                                               **SHERIFF JOE BERLIN**

                                                               BY:     */s/ Lance W. Martin*
                                                                            One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

# CERTIFICATE

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the ECF system which gave notice to the following:

| | |
|---|---|
| Robert B. McDuff, Esq. | Stephen J. Haedicke-PHV |
| The Law Office of Robert McDuff | Law Office of Stephen J. Haedicke, LLC |
| 767 North Congress Street | 1040 St. Ferdinand Street |
| Jackson, MS  39202 | New Orleans, LA 70117 |
| rbm@mcdufflaw.com | stephen@haedickelaw.com |

    *Attorneys for Plaintiffs*

Daniel J. Griffith, Esq.
Bethany A. Tarpley, Esq.
Jacks, Griffith & Luciano, P.A.
P. O. Box 1209
Cleveland, MS 38732
dgriffith@jlpalaw.com
btarpley@jlpalaw.com
    *Attorneys for Defs. Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston*

Richard O. Burson, Esq.
Peeler Grayson Lacey, Jr., Esq.
Burson, Entrekin, Orr, Mitchell & Lacey, PA
P. O. Box 1289
Laurel, MS 39441-1289
burson@beolaw.com
lacey@beolaw.com
    *Attorneys for Def. Donnie Scoggin*

This, the 22d day of March, 2023.

                                                */s/ Lance W. Martin*
                                                OF COUNSEL