## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CORBEY JONES and**
**CYNTHIA ANN JONES**                                                                **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO.: 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF**
**JOE BERLIN; DEPUTY JAMES MANN;**
**SGT. JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES OF THE**
**JONES COUNTY SHERIFF 1-5; DONNIE**
**SCOGGIN; AND CAROL JOHNSTON**                                      **DEFENDANTS**

### NOTICE OF INTENT

**PLEASE TAKE NOTICE** that the Defendants, Deputy James Mann, Sgt. Jesse James,

Deputy Colton Dennis, and Carol Johnston, by and through counsel, on February 2, 2023, has caused

to be issued a subpoena *duces tecum* on the following:

> LabCorp
> Attn: Subpoena Compliance
> 531 South Spring Street
> Burlington, NC 27215

**RESPECTFULLY SUBMITTED,** this the 27th day of March, 2023.

**JACKS | GRIFFITH | LUCIANO, P.A.**

By:    /s/ ***Bethany A. Tarpley***
Bethany A. Tarpley, MS Bar No. 104134
Attorney for Defendants Deputy James Mann,
Sgt. Jesse James, Deputy Colton Dennis, and
Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732

telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: btarpley@jlpalaw.com
www.jlpalaw.com


## CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Intent* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

Robert B. McDuff, Esq.
Law Office of Robert McDuff
Email: rbm@mcdufflaw.com
**Attorney for Plaintiffs**

Stephen J. Haedicke, Esq.
Law Office of Stephen Haedicke, LLC
Email: stephen@haedickelaw.com
**PHV Attorney for Plaintiffs**

William Robert Allen, Esq.
Lance W. Martin, Esq.
Allen, Allen, Breeland & Allen, PLLC
Email: will.allen@aabalegal.com
**Attorney for Jones County, MS & Sheriff Joe Berlin**

Rick Burson, Esq.
Grayson Lacey, Esq.
Burson Entrekin Orr Mitchell & Lacey, P.A.
Email: burson@beolaw.com
        lacey@beolaw.com
**Attorneys for Scoggins**

**DATED** this 27th day of March, 2023.

    /s/ Bethany A. Tarpley
Bethany A. Tarpley