IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                              **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                                                      **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**            **DEFENDANTS**

## NOTICE OF DEPOSITION

TO:   Robert B. McDuff, Esq.                     Stephen J. Haedicke-PHV
       The Law Office of Robert McDuff       Law Office of Stephen J. Haedicke, LLC
       767 North Congress Street             1040 St. Ferdinand Street
       Jackson, MS 39202                      New Orleans, LA 70117

       Daniel J. Griffith, Esq.                   Richard O. Burson, Esq.
       Bethany A. Tarpley, Esq.                 Peeler Grayson Lacey, Jr., Esq.
       Jacks, Griffith & Luciano, P.A.            Burson, Entrekin, Orr,
       P. O. Box 1209                           Mitchell & Lacey, PA
       Cleveland, MS 38732                   P. O. Box 1289
                                                 Laurel, MS 39441-1289

Please take notice that on the 29th day of March, 2023, at 10:00 a.m., defendants in the above styled and numbered cause will take the deposition of **CORBEY JONES** at the law office of Burson, Entrekin, Orr, Mitchell & Lacey, PA, 535 N. Fifth Ave., Laurel Mississippi 39440, upon oral examination to be recorded stenographically by a Court

Reporter duly authorized to administer oaths. Said examination will continue from day to day until completed. You are invited to attend and participate in the deposition.

This the 28th day of March, 2023.

                                                Respectfully submitted,

                                                **JONES COUNTY, MS, AND SHERIFF JOE BERLIN**

                                                BY:    */s/ Lance W. Martin*
                                                                      One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

## **CERTIFICATE**

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, hereby certify that I filed the foregoing Notice of Deposition with the Clerk of Court via the ECF system which gave notification of the same to the following:

    Robert B. McDuff, Esq.                Stephen J. Haedicke-PHV
    The Law Office of Robert McDuff     Law Office of Stephen J. Haedicke, LLC
    767 North Congress Street            1040 St. Ferdinand Street
    Jackson, MS  39202                    New Orleans, LA 70117
    rbm@mcdufflaw.com                  stephen@haedickelaw.com
              *Attorneys for Plaintiffs*

Daniel J. Griffith, Esq.
Bethany A. Tarpley, Esq.
Jacks, Griffith & Luciano, P.A.
P. O. Box 1209
Cleveland, MS 38732
dgriffith@jlpalaw.com
btarpley@jlpalaw.com
    *Attorneys for Defs. Deputy James*
    *Mann, Sgt. Jesse James, Deputy Colton*
    *Dennis, and Carol Johnston*

Richard O. Burson, Esq.
Peeler Grayson Lacey, Jr., Esq.
Burson, Entrekin, Orr, Mitchell & Lacey, PA
P. O. Box 1289
Laurel, MS 39441-1289
burson@beolaw.com
lacey@beolaw.com
    *Attorneys for Def. Donnie Scoggin*

This the 28th day of March, 2023.

                                              */s/ Lance W. Martin*
                                              OF COUNSEL