# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CORBEY JONES,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**Civil Action No. 2:22-CV-93-KS-MTP**

**JONES COUNTY, MISSISSIPPI et al.,**

    **Defendants.**

## PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DESIGNATIONS

Please take notice that the Plaintiffs' expert designation for Dr. Heather Murphy-Lavoie was served on the Defendants on March 31, 2023 and the expert designation for Dr. Jonathan Schroeder was served on the Defendants on April 3, 2023.

    Respectfully submitted,

    /s/ Robert McDuff
    Robert McDuff.
    Law Office of Robert McDuff
    767 North Congress Street
    Jackson, MS 39202
    rbm@mcdufflaw.com

    Stephen J. Haedicke-PHV
    Law Office of Stephen J. Haedicke, LLC
    1040 St. Ferdinand Street
    New Orleans, LA 70117
    stephen@haedickelaw.com
    Admitted Pro Hac Vice

    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record on this 5th day of April, 2023.

                                      s/ Robert McDuff
                                      Co-Counsel for Plaintiff