UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **Plaintiff,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE DATE

NOW COMES the Plaintiff, Corbey Jones, through undersigned counsel, and files this Unopposed Motion to Continue the Settlement Conference Date in this case.[1]  The settlement conference is currently scheduled for April 24, 2023, with confidential settlement memos due April 17, 2023.  However, as a result of depositions held today and on March 23rd, the Plaintiff has received information that necessitates filing a motion for leave to file a First Amended Complaint that will add two new Defendants and dismiss one existing defendant.  This motion likely will be filed tomorrow or Friday and the new Defendants will need to be served and appear by counsel in this case.  All parties agree that it will be necessary for the new Defendants to be deposed before a useful settlement conference can be held.  Accordingly, the Plaintiff requests, and the Defendants agree, that the settlement conference be continued to a later unspecified date.  The parties will confer about how much time they will need to get this case in a posture where a settlement conference will be useful and will inform the Court very soon of their recommendation regarding rescheduling.

---

[1] Plaintiff Cynthia Jones is now deceased.

Respectfully submitted,

/s/ Robert McDuff
Robert McDuff.
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke
Stephen J. Haedicke-PHV
Law Office of Stephen J. Haedicke, LLC
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system this 12th day of April, 2023.

/s/ Stephen J. Haedicke