UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **Plaintiff,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing *Unopposed Motion to Continue Settlement Conference Date*, and good grounds appearing therefore:

**IT IS ORDERED** that the Motion is **GRANTED**, and the settlement conference currently scheduled for April 24, 2023, is continued without date. The deadline for submission of confidential settlement papers is also continued without date.

**SO ORDERED** this day ____ of _____, 2023.

_____

Magistrate Judge