UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| Plaintiffs, | * | 2:22-CV-93-KS-MTP |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DESIGNATIONS

Please take notice that the Plaintiff's expert designation for Edith Wright was served on the Defendants on April 14, 2023.

Respectfully submitted,

/s/ Robert McDuff
Robert McDuff, Esq.
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke
Stephen J. Haedicke-PHV
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record on this 14th day of April, 2023.

/s/ Stephen Haedicke (PHV)
Co-Counsel for Plaintiff
