

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Apr 17 2023
ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**
**CYNTHIA ANN JONES**                                                                        **PLAINTIFFS**

V.                                                                          CIVIL ACTION NO. 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND**
**CAROL JOHNSTON**                                                                          **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DONNIE SCOGGIN

THIS DAY, this cause came before the Court on the joint motion *ore tenus* of Plaintiffs and counsel for Defendant Donnie Scoggin for dismissal of Defendant Donnie Scoggin, and the Court being fully advised in the premises, is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered civil action be, and the same is hereby, dismissed without prejudice, as to Defendant Donnie Scoggin, the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 17th day of April, 2023.

KEITH STARRETT,
UNITED STATES DISTRICT JUDGE

AGREED TO:

s/Robert McDuff
Robert McDuff-MSB #2532
*Attorney for Plaintiffs*

s/Richard O. Burson
Richard O. Burson-MSB #7580
*Attorney for Defendant Donnie Scoggin*