**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CORBEY JONES** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **Plaintiff,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Now Comes Plaintiff, Corbey Jones, through undersigned counsel, and hereby files this Consent Motion for Leave to File a First Amended Complaint.  The proposed First Amended Complaint, which is attached to this Motion, adds two new Defendants, additional allegations based on information learned in discovery during this case, and a new cause of action based on the facts discovered in this case.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Plaintiff has circulated the proposed First Amended Complaint to counsel for all other parties.  All parties have consented in writing to the filing of the proposed First Amended Complaint.  Accordingly, the Plaintiff asks that the First Amended Complaint be filed.

Respectfully submitted,

/s/ Robert McDuff
Robert McDuff.
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke
Stephen J. Haedicke-PHV
Law Office of Stephen J. Haedicke, LLC
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

/s/ Stephen J. Haedicke