UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES** | * | CIVIL ACTION NUMBER: |
| | * | |
| **Plaintiff,** | * | 2:22-CV-93-KS-MTP |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Consent Motion for Leave to File First Amended Complaint, and good grounds appearing therefore:

**IT IS ORDERED** that the Motion is **GRANTED**, and the Plaintiff is permitted to file the First Amended Complaint into the record.

**SO ORDERED** this day _____ of _____, 2023.

_____

District Judge

1