# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CORBEY JONES**                                                    **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS, ET AL.**                               **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File Amended Complaint [50]. Plaintiff seeks to add additional allegations, new causes of action under the Rehabilitation Act and Americans with Disabilities Act, and two new defendants, Janet Henderson and Mekedes Coleman. Although Plaintiff filed the Motion after the deadline for motions to amend,[1] the Motion is unopposed and the Court, having considered the standards under Fed. R. Civ. P 15 and 16(b), finds good cause to grant the Motion.[2]

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Leave to File Amended Complaint [50] is GRANTED;

2. Plaintiff shall file his amended complaint on or before May 2, 2023;

3. Plaintiff shall promptly proceed with service of process.

SO ORDERED this the 25th day of April, 2023.

                                               s/Michael T. Parker
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the Case Management Order [26], the deadline for motions for amendments to the pleadings expired on December 15, 2022.

[2] Plaintiff did not request extensions of case deadlines or a continuance, and it is not clear whether extensions are necessary. Thus, the Court will not extend the case deadlines at this time. However, if extensions become necessary, any party may file an appropriate motion or request a scheduling conference with the Court.