**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CORBEY JONES**                                                                                    **PLAINTIFF**

**VERSUS**                                                                       Civ. No. 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; CAROL JOHNSTON;**
**JANET HENDERSON; AND**
**DEPUTY MEKEDES COLEMAN**                                                        **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW Robert J. Dambrino, III, Mississippi Bar No. 5783, of Gore, Kilpatrick & Dambrino, PLLC, 2000 Gateway Drive, P.O. Box 901, Grenada, Mississippi, 38901 (38902), and enters his appearance for and on behalf of Defendant, Deputy Mekedes Coleman, for the purposes of contesting the issues in the Complaint, and for all related purposes.

This the 3rd day of May, 2023.

                                                                        Respectfully submitted,

                                                                        Deputy Mekedes Coleman
                                                                        Defendant


                                                                        By: /s/Robert J. Dambrino III
                                                                             Robert J. Dambrino III   (MB#5783)
                                                                             Attorney for Defendant Deputy
                                                                             Mekedes Coleman

Of Counsel:

GORE, KILPATRICK & DAMBRINO PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.      662.226.1891
Fx.      662.226.2237
Eml.    rdambrino@gorekilpatrick.com

## CERTIFICATE OF SERVICE

I, Robert J. Dambrino III, one of the attorneys for Defendants, do hereby certify that I served the above and foregoing pleading upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

This the 3rd day of May, 2023.

/s/Robert J. Dambrino III_____
Robert J. Dambrino III  (MB#5783)