# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CORBEY JONES**                                                                                                 **PLAINTIFF**

**VERSUS**                                                         **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON;
JANET HENDERSON; AND
DEPUTY MEKEDES COLEMAN**                                           **DEFENDANTS**

## NOTICE OF SERVICE OF EXPERT WITNESS DESIGNATION

TO:    ALL COUNSEL OF RECORD

Notice is hereby given that Defendants, Jones County, Mississippi, and Sheriff Joe Berlin have this date served:

- Jones County, Mississippi, and Sheriff Joe Berlin's Designation of Dr. Jo Perkins Deal as an Expert Witness.

The undersigned will retain the original of the above document as required by the rules.

This, the 3d day of May, 2023.

                                               Respectfully submitted,

                                               **JONES COUNTY, MS, AND
                                               SHERIFF JOE BERLIN**

                                               BY:    */s/ Lance W. Martin*
                                                            One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

# CERTIFICATE

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing Notice of Service of Expert Designation with the Clerk of the Court using the ECF system which gave notice to the following:

Robert B. McDuff, Esq.
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS  39202
rbm@mcdufflaw.com
    *Attorneys for Plaintiffs*

Stephen J. Haedicke-PHV
Law Office of Stephen J. Haedicke, LLC
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com

Daniel J. Griffith, Esq.
Bethany A. Tarpley, Esq.
Jacks, Griffith & Luciano, P.A.
P. O. Box 1209
Cleveland, MS 38732
dgriffith@jlpalaw.com
btarpley@jlpalaw.com
    *Attorneys for Defs. Deputy James*
    *Mann, Sgt. Jesse James, Deputy Colton*
    *Dennis, and Carol Johnston*

Robert J. "Robin" Dambrino, III, Esq.
GORE, KILPATRICK & DAMBRINO, PLLC
Post Office Box 901
Grenada, Mississippi  38902-0901
rdambrino@gorekilpatrick.com
    *Attorney for Def. Mekedes Coleman*

This, the 3d day of May, 2023.

                                                        */s/ Lance W. Martin*
                                                        OF COUNSEL