IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                     **PLAINTIFF**

**v.**                                **CIVIL ACTION NO.: 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF
JOE BERLIN; DEPUTY JAMES MANN;
SGT. JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON; JANET
HENDERSON; AND DEPUTY
MEKEDES COLEMAN**                              **DEFENDANTS**

<u>**JOINDER**</u>

**COME NOW** the Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, by and through counsel, and file this Joinder in the following:

1. Jones County, MS and Sheriff Joe Berlin's Notice of Service of Designation of Experts **[Doc. 54]**.

These Defendants hereby adopt the assertions, argument and requests for relief in said filings and files this Joinder indicating same.

**RESPECTFULLY SUBMITTED**, this the 3rd day of May, 2023.

                                              **JACKS | GRIFFITH | LUCIANO, P.A.**

                                  By:   /s/ ***Bethany A. Tarpley***
                                              Bethany A. Tarpley, MS Bar No. 104134
                                              Attorney for Defendants Deputy James Mann,
                                              Sgt. Jesse James, Deputy Colton Dennis, and
                                              Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323

Email: btarpley@jlpalaw.com
www.jlpalaw.com

## **CERTIFICATE OF SERVICE**

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Joinder* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

>Robert B. McDuff, Esq.
>Law Office of Robert McDuff
>Email: rbm@mcdufflaw.com
>**Attorney for Plaintiff**
>
>Stephen J. Haedicke, Esq.
>Law Office of Stephen Haedicke, LLC
>Email: stephen@haedickelaw.com
>**PHV Attorney for Plaintiff**
>
>William Robert Allen, Esq.
>Lance W. Martin, Esq.
>Allen, Allen, Breeland & Allen, PLLC
>Email: will.allen@aabalegal.com
>**Attorney for Jones County, MS, Sheriff Joe Berlin,**
>**& Janet Henderson**
>
>Robert J. "Robin" Dambrino, III
>Gore, Kilpatrick & Dambrino, PLLC
>Email: rdambrino@gorekilpatrick.com
>**Attorney for Mekedes Coleman**

**DATED** this 3rd day of May, 2023.

>*/s/ Bethany A. Tarpley*
>Bethany A. Tarpley