IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                                     **PLAINTIFF**

V.                                                                    CIVIL ACTION NO. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE BERLIN; DEPUTY JAMES MANN; SGT. JESSE JAMES; DEPUTY COLTON DENNIS; CAROL JOHNSON; JANET HENDERSON; AND DEPUTY MEKEDES COLEMAN**                          **DEFENDANTS**

## **ORDER**

On May 15, 2023, Defendants, Jones County, Mississippi, Sheriff Joe Berlin, and Jennifer Henderson, filed a Motion to Dismiss for Lack of Standing [58]; and Defendants, Sheriff Joe Berlin and Jennifer Henderson, filed a Motion for Judgment on the Pleadings Based on Qualified Immunity [60]. Plaintiffs shall file a response to each motion on or before **May 30, 2023** (in light of the federal holiday). Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendants may file their replies on or before **June 6, 2023**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U. Civ. R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U. Civ. R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise whether such request is opposed.

                                                                      /s/ Keith Starrett
                                                                      KEITH STARRETT
                                                                      UNITED STATES DISTRICT JUDGE