# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CORBEY JONES**                                                                                                  **PLAINTIFF**

**VERSUS**                                                                                  Civ. No. 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON;
JANET HENDERSON; AND
DEPUTY MEKEDES COLEMAN**                                                     **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW Wesley C. Pinson (MB#106508), of Gore, Kilpatrick & Dambrino, PLLC, and herewith enters his appearance as counsel for and on behalf of Defendant, Mekedes Coleman, for the purposes of contesting the allegations in the Complaint, and for all related purposes.

RESPECTFULLY SUBMITTED this the 16th day of May, 2023.

                                                Respectfully submitted,

                                                Mekedes Coleman
                                                Defendant

                                            By: */s/Wesley C. Pinson*
                                                   Wesley C. Pinson (MSB#106508)
                                                   Robert J. Dambrino III (MSB#5783)
                                                   Attorneys for Defendant
                                                   Mekedes Coleman

Of Counsel:
Gore, Kilpatrick & Dambrino PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.    662.226.1891
Fx.    662.226.2237
Eml.   wpinson@gorekilpatrick.com
Eml.   rdambrino@gorekilpatrick.com

## **CERTIFICATE OF SERVICE**

I, Wesley C. Pinson one of the attorneys for Defendants, do hereby certify that I served the above and foregoing pleading upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

This the 16th day of May, 2023.

*/s/Wesley C. Pinson*
Wesley C. Pinson (MSB#106508)