# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CORBEY JONES**                                                                           **PLAINTIFF**

**VERSUS**                                                          **Civ. No. 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON;
JANET HENDERSON; AND
DEPUTY MEKEDES COLEMAN**                                **DEFENDANTS**

## JOINDER IN MOTION TO DISMISS FOR LACK OF STANDING

COMES NOW Deputy Mekedes Coleman, one of the Defendants herein, by and through counsel, and join in the allegations, arguments, authorities and requests for relief contained and set forth in the *Motion to Dismiss for Lack of Standing,* [Doc. 58], filed by Jones County, Mississippi, Sheriff Joe Berlin, and Jennifer Henderson, and would show unto the court as follows:

1. These Defendants join in County Defendants' aforesaid *Motion* in all of its particulars.

2. These Defendants are similarly situated with moving Defendants insofar as their Motion to Dismiss recites, and affirmatively avers that Plaintiff lacks both prudential and Article III standing.

3. These Defendants are similarly situated with moving Defendants insofar as their Motion to Dismiss recites, and affirmatively avers those inconsistencies within the pleading itself, i.e., those addressing the cause of Decedent's death: HIV infection, preclude Plaintiff from proving any other cause of death to a reasonable degree of medical probability.

4.      These Defendants are similarly situated with moving Defendants insofar as their Motion to Dismiss recites, and affirmatively aver that Plaintiff is not the real party in interest capable of pursuing, and recovering for, Decedent's constitutional claims.

WHEREFORE PREMISES CONSIDERED Deputy Mekedes Coleman, one of the Defendants herein, by and through counsel, joins in the allegations, arguments, authorities and requests for relief contained and set forth in the *Motion to Dismiss for Lack of Standing,* [Doc. 58], filed by Jones County, Mississippi, Sheriff Joe Berlin, and Jennifer Henderson.

RESPECTFULLY SUBMITTED this the 16th day of May, 2023.

          Respectfully submitted,

          Deputy Mekedes Coleman
          Defendant

          By:*/s/Wesley C. Pinson*
              Wesley C. Pinson (MSB#106508)
              Robert J. Dambrino III (MSB#5783)
              Attorneys for Defendant Deputy
              Mekedes Coleman

Of Counsel:
Gore, Kilpatrick & Dambrino PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.     662.226.1891
Fx.     662.226.2237
Eml.    wpinson@gorekilpatrick.com
Eml.    rdambrino@gorekilpatrick.com

## **CERTIFICATE OF SERVICE**

I, Wesley C. Pinson one of the attorneys for Defendants, do hereby certify that I served the above and foregoing pleading upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

This the 16th day of May, 2023.

By: */s/Wesley C. Pinson*
Wesley C. Pinson (MSB#106508)
Robert J. Dambrino III (MSB#5783)
Attorneys for Defendant Deputy
Mekedes Coleman
