IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CORBEY JONES                                                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:22-CV-93-KS-MTP

JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON;
JANET HENDERSON; AND
DEPUTY MEKEDES COLEMAN                                                  DEFENDANTS

## JOINDER IN JONES COUNTY, MS, SHERIFF JOE BERLIN, AND JENNIFER HENDERSON'S MOTION TO DISMISS FOR LACK OF STANDING

**COME NOW** DEFENDANTS DEPUTY JAMES MANN, SGT. JESSE JAMES, DEPUTY COLTON DENNIS, and CAROL JOHNSTON, and submit this Joinder to Jones County, MS, Sheriff Joe Berlin, and Jennifer Henderson's Motion to Dismiss for Lack of Standing **[Doc. 58]**, to-wit, adopting all applicable law and authorities cited by those Defendants.

As explained in that motion, this Court lacks jurisdiction over the claims, as plead, by Corbey Jones against Deputy James Mann, Sgt, Jesse James, Deputy Colton Dennis, and Carol Johnston, as the only claims pled are those which could have been raised by the Decedent himself, *i.e.* survival claims. Because no estate was ever opened, the Plaintiff cannot do this. Additionally, because the Plaintiff cannot show that Defendants' alleged wrongful conduct ***proximately caused*** the Decedent's death. This is because "a wrongful death action cannot be maintained unless the defendant's conduct *is the cause of the decedent's death*." *Phillips v. Monroe Cty.*, 311 F.3d 369, 374 (5th Cir. 2002)(emphasis added). Because none of the Defendants herein were the cause of the Decedent's death, the Plaintiffs' claims cannot stand.

1

**RESPECTFULLY SUBMITTED**, this the 16th day of May, 2023.

**JACKS| GRIFFITH| LUCIANO, P.A.**

By:    ***/s/ Bethany A. Tarpley***
        Bethany A. Tarpley, MS Bar No. 104134
        Daniel J. Griffith, MS Bar No. 8366
        Attorneys for Defendants Deputy James
        Mann, Sgt, Jesse James, Deputy Colton
        Dennis, and Carol Johnston

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: btarpley@jlpalaw.com
       dgriffith@jlpalaw.com

**CERTIFICATE OF SERVICE**

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, Individually, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Joinder* to be delivered by the ECF Filing System which gave notice to the following:

> Robert B. McDuff, Esq.
> Law Office of Robert McDuff
> Email: rbm@mcdufflaw.com
> **Attorney for Plaintiff**

> Stephen J. Haedicke, Esq.
> Law Office of Stephen Haedicke, LLC
> Email: stephen@haedickelaw.com
> **PHV Attorney for Plaintiff**

2

William Robert Allen, Esq.
Lance W. Martin, Esq.
Allen, Allen, Breeland & Allen, PLLC
Email: will.allen@aabalegal.com
**Attorney for Jones County, MS, Sheriff Joe Berlin,**
**& Janet Henderson**

Robert J. "Robin" Dambrino, III, Esq.
Wesley C. Pinson, Esq.
Gore, Kilpatrick & Dambrino, PLLC
Email: rdambrino@gorekilpatrick.com
        wpinson@gorekilpatrick.com
**Attorneys for Mekedes Coleman**

**DATED** this 16th day of May, 2023.

/s/ *Bethany A. Tarpley*
Bethany A. Tarpley