### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

CORBEY JONES                                                                          PLAINTIFF

v.                                                            CIVIL ACTION NO. 2:22-cv-93-KS-MTP

JONES COUNTY, MS, ET AL.                                                      DEFENDANTS

## ORDER

THIS MATTER is before the Court on the Motion for Stay [62] filed by Defendants

Jones County, Mississippi, Sheriff Joe Berlin, and Jennifer Henderson.  On April 26, 2023,

Plaintiff filed his First Amended Complaint [52].  On May 15, 2023, these Defendants filed a

Motion to Dismiss [58], challenging Plaintiff's Article III standing to maintain this action and

this Court's jurisdiction to entertain it.  Additionally, Defendants Berlin and Henderson filed a

Motion for Judgment on the Pleadings [60], arguing that they are entitled to qualified immunity.

On the same day these Motions [58] [60] were filed, Defendants filed the instant Motion

for Stay [62].  Rule 16(b)(3)(B) of the Local Uniform Civil Rules provides as follows:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense
> or jurisdictional defense stays the attorney conference and disclosure requirements
> and all discovery, pending the court's ruling on the motion, including any appeal.
> Whether to permit discovery on issues related to the motion and whether to permit
> any portion of the case to proceed pending resolution of the motion are decisions
> committed to the discretion of the court, upon a motion by any party seeking relief.

L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED that the Motion for Stay [62] is granted, and all

discovery and disclosure requirements are stayed pursuant to the Local Rules.

IT IS FURTHER ORDERED that counsel for Plaintiff shall promptly notify the

Magistrate Judge of the decisions on the Motion to Dismiss [58] and Motion for Judgment on the

Pleadings [60] and shall submit a proposed order lifting the stay within seven (7) days of the

rulings, if appropriate.

SO ORDERED this the 19th day of May, 2023.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE