# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CORBEY JONES**                                                                                                          **PLAINTIFF**

**V.**                                                                         **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSON; JANET
HENDERSON; AND DEPUTY MEKEDES
COLEMAN**                                                                                                         **DEFENDANTS**

## ORDER

On May 25, 2023, Defendant, Mekedes Coleman, filed a Motion to Dismiss [69]. Plaintiff shall file a response on or before **June 8, 2023**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant may file a reply on or before **June 15, 2023**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U. Civ. R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U. Civ. R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise whether such request is opposed.

SO ORDERED AND ADJUDGED this 26th day of May 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE