UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| CORBEY JONES, | * | CIVIL ACTION NUMBER: |
| | * | |
| Plaintiff, | * | 2:22-CV-93-KS-MTP |
| | * | |
| VERSUS | * | |
| | * | |
| JONES COUNTY, MS, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE IN OPPOSITION TO MOTION TO DISMISS FOR LACK OF STANDING, ECF DOC. 58, FILED BY JONES COUNTY, SHERIFF JOE BERLIN, AND JENNIFER HENDERSON

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Corbey Jones, who files this Response in Opposition to the Motion to Dismiss for Lack of Standing, ECF Doc. 58-59, filed by Defendants Jones County, Sheriff Joe Berlin, and Jennifer Henderson (hereinafter "Defendants").[1]  The reasons for this opposition are explained in the separate Memorandum submitted along with this Response.

Respectfully submitted,

/s/ Robert McDuff
Robert B. McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com

---

[1] Defendants Mann, James, Dennis, Johnston, and Coleman have joined in the motion to dismiss for lack of standing.  ECF Docs. 65, 66.  This Response in Opposition therefore applies to all Defendants in this action.

/s/ Stephen J. Haedicke (LA #30537)
Appearing Pro Hac Vice
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

/s/ Stephen J. Haedicke