IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES,**

        **Plaintiff,**

  vs.                                      Civil Action No. 2:22-CV-93-KS-MTP

**JONES COUNTY, MISSISSIPPI et al.,**

        **Defendants.**

**PLAINTIFF'S RESPONSE IN
OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS OF DEFENDANTS' BERLIN AND HENDERSON**

        The Plaintiff hereby submits this response to the motion for judgment on the pleadings of defendants Joe Berlin and Jennifer Henderson, doc. 60.  For reasons set forth in the accompanying memorandum, the Plaintiff opposes the motion and requests that it be denied.

                                              Respectfully submitted,

                                              /s/ Robert McDuff
                                              Robert McDuff.
                                              Law Office of Robert McDuff
                                              767 North Congress Street
                                              Jackson, MS 39202
                                              rbm@mcdufflaw.com

                                              Stephen J. Haedicke-PHV
                                              Law Office of Stephen J. Haedicke, LLC
                                              1040 St. Ferdinand Street
                                              New Orleans, LA 70117
                                              stephen@haedickelaw.com
                                              Admitted Pro Hac Vice

                                              Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record on this 30th day of May, 2023.

<u>s/ Robert McDuff</u><br>
Co-Counsel for Plaintiff