UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CORBEY JONES,                          *        CIVIL ACTION NUMBER:
                                       *
        Plaintiff,                     *         2:22-CV-93-KS-MTP
                                       *
VERSUS                                 *
                                       *
JONES COUNTY, MS, ET AL.               *
        Defendants.                    *

*    *    *    *    *    *    *    *    *    *    *    *

### SUPPLEMENT TO  REPONSE IN
### OPPOSITION TO MOTION TO DISMISS FOR LACK OF STANDINGFILED BY
### JONES COUNTY, SHERIFF JOE BERLIN, AND JENNIFER HENDERSON

In the Plaintiff's Memorandum [ECF No. 73] in Support of its Response in Opposition to

the Motion to Dismiss for Lack of Standing Filed by Defendants' Jones County, Sheriff Berlin,

and Jennifer Henderson, we stated the following:

> Furthermore, although the Defendants' Motion lacks merit, the Plaintiff is in the process
> of opening an estate for Andrew Jones and intends to seek leave to add the estate as a
> party. This is a prudential action, as it is unnecessary for jurisdiction under the law or
> facts. However, to the extent there can be any doubt about standing in this case because
> of the absence of an estate, this action will cure it. Given that the three-year statute of
> limitations has not run on any § 1983 claims arising out of Andrew Jones's incarceration
> and his death on January 9, 2021, adding the estate will be timely and justified.

ECF No. 73 at 3.

This Supplement to the Response is submitted to apprise the Court that, although it has

taken longer than previously thought, the petition to open the estate was filed by the Plaintiff this

past Thursday.   (See Exhibit 1).   Today, a proposed order is being submitted to the Chancery

Court Judge in Jones County to open the estate and name the Plaintiff as the Administrator of it.

Once that order is signed, the Plaintiff will file a motion in this case to add the estate as a

plaintiff.   To reiterate, the estate need not be added at this juncture but the Plaintiff will move to

do so out of an abundance of caution.   In the meantime, this supplement is filed in order to

inform the Court that the process to establish the estate is moving forward.

Respectfully submitted,

/s/ Robert McDuff
Robert B. McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com

/s/ Stephen J. Haedicke (LA #30537)
Appearing Pro Hac Vice
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com

Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record, on this 24th day of July, 2023.

/s/ Robert McDuff
Co-Counsel for Plaintiff