# IN THE FIRST JUDICIAL DISTRICT OF THE CHANCERY COURT OF JONES COUNTY, MISSISSIPPI

IN THE MATTER OF
THE ESTATE OF ANDREW WESLEY JONES,
DECEASED

No. 2023-119E

## PETITION FOR ADMINISTRATION OF ESTATE AND FOR LETTERS OF ADMINISTRATION

COMES NOW PETITIONER, Corbey Jones, an adult resident citizen of Jones County, Mississippi, and respectfully shows unto the Court the following, to-wit:

I.

That Andrew Wesley Jones, departed this life on or about January 9, 2021, leaving no Last Will and Testament as far as Petitioner knows or believes. At the time of death, the deceased resided at the Jones County Sheriff's Department Adult Detention Center, Ellisville, Mississippi. Prior to his incarceration, Mr. Jones resided in Jones County and also owned personal property there. Therefore, Petitioner asserts that jurisdiction is proper in this Court pursuant to Miss. Code Ann. §91-7-63.

II.

That Petitioner represents to the Court that the following persons are the sole persons interested in the Estate of the said Andrew Wesley Jones, Deceased, and in the administration thereof.

(i) Petitioner Corbey Jones, Deceased's father, having a fixed place of residence at 1067 CR 19 Stringer, MS 3948

(ii) Bethany Hinton, Deceased's full sister, having a fixed place of residence at 366 Buffalo Hill Rd., Ellisville, MS 39437

    (iii)    Cera Thompson, Deceased's full sister, having a fixed place of residence at 1067 CR 19, Stringer, MS 39481

    (iv)    Carey Jones, Deceased's full brother, having a fixed place of residence at 4229 Hwy 15 N. Apt. 1, Laurel, MS

Decedent's mother, Cynthia Jones, died in December of 2022. The Decedent was never married and left behind no children.

### III.

That Petitioner, Corbey Jones, is over the age of twenty-one (21) years, is not a convicted felon, and is a proper and qualified person to whom to grant Letters of Administration of the estate of the deceased.

### IV.

Petitioner believes that the estate should be administered and prays that this Court grant unto him Letters of Administration upon him taking the prescribed oath and entering into bond in such sum as is required of him, and that the Court will make such orders as may be necessary in the premises, including waiver of the estate's appraisal and inventory.

### V.

Corbey Jones is qualified to act as Administrator and is entitled to have Letters of Administration issued to him. The remaining heirs of the Deceased desire that Corbey Jones be appointed Administrator of the Estate of Andrew Wesley Jones, Deceased, and that the requirements of bond, inventory, appraisal, and accounting be waived by this Court, and will so signify by their joinder in this Petition.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays:

(a) That Petitioner, Corbey Jones, be granted Letters of Administration and be appointed Administrator upon him taking the oath prescribed by law;

(b) That the requirement of appraisement and inventory be dispensed with until further order of the Court and that no bond be required of Corbey Jones.

Petitioner further prays that he be granted such other relief, either general or specific or both, to which he may be further entitled in the premises.

RESPECTFULLY SUBMITTED, this the __18th__ day of __July__, 2023.

_____
Corbey Jones

Submitted By:

_____
ROBERT B. MCDUFF
Miss. Bar No. 2532
767 North Congress Street
Jackson MS  39202
(601) 259-8484

STATE OF MISSISSIPPI
COUNTY OF JONES

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **CORBEY JONES**, who being by me first duly sworn according to law, states on oath that the allegations of the above and foregoing Petition are true and correct as therein stated and set forth.

SWORN AND SUBSCRIBED before me, this the __18__ day of __July__, 2023.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: