FILED
JUL 27 2023
BART GAVIN, CHANCERY CLERK
JONES COUNTY, MISSISSIPPI

# IN THE FIRST JUDICIAL DISTRICT OF THE CHANCERY COURT OF JONES COUNTY, MISSISSIPPI

IN THE MATTER OF
THE ESTATE OF ANDREW WESLEY JONES,      No. 34CH1:23-cv-00119
DECEASED

## DECREE GRANTING LETTERS OF ADMINISTRATION

Petitioner Corbey Jones has petitioned this Court for the issuance of Letters of Administration to Petitioner regarding the estate of Andrew Wesley Jones. [Docket 2]. After consideration of this Petition, it appears to the Court that it has jurisdiction of the parties and the subject matter of this cause, and the Court makes the following findings:

I.

Andrew Wesley Jones departed this life on or about January 9, 2021, leaving no Last Will and Testament as far as anyone knows or believes. At the time of death, the deceased resided at the Jones County Sheriff's Department Adult Detention Center, Ellisville, Mississippi. Prior to his incarceration, Mr. Jones resided in Jones County and also owned personal property there. Jurisdiction is proper in this Court.

II.

The following persons are the sole persons interested in the Estate of the said Andrew Wesley Jones, Deceased, and in the administration thereof:

    (i)     Petitioner Corbey Jones, Deceased's father, having a fixed place of residence at 1067 CR 19 Stringer, MS 3948

    (ii)    Bethany Hinton, Deceased's full sister, having a fixed place of residence at 366 Buffalo Hill Rd., Ellisville, MS 39437

    (iii)   Cera Thompson, Deceased's full sister, having a fixed place of residence at 1067 CR 19, Stringer, MS 39481

    (iv)    Carey Jones, Deceased's full brother, having a fixed place of residence at 4229 Hwy 15 N. Apt. 1, Laurel, MS

Decedent's mother, Cynthia Jones, died in December of 2022. The Decedent was never married and left behind no children.

### III.

Petitioner, Corbey Jones, is over the age of twenty-one (21) years, is not a convicted felon, and is a proper and qualified person to whom to grant Letters of Administration of the estate of the deceased.

### IV.

Petitioner believes that the estate should be administered and prays that this Court grant unto him Letters of Administration upon him taking the prescribed oath and entering into bond in such sum as is required of him, and that the Court will make such orders as may be necessary in the premises, including waiver of bond and the estate's appraisal and inventory.

### V.

Corbey Jones is qualified to act as Administrator and is entitled to have Letters of Administration issued to him. The remaining heirs of the Deceased desire that Corbey Jones be appointed Administrator of the Estate of Andrew Wesley Jones, Deceased, and that the requirements of bond, inventory, and appraisal be waived by this Court, as signified by their joinders in this Petition [docket 3-5].

### VI.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that:

    (a)    Letters of Administration upon the Estate of Andrew Wesley Jones, Deceased, be granted and issued to Corbey Jones, upon his taking the oath prescribed by law,

(b) The said Administrator, Corbey Jones, is relieved from the requirement of bond, appraisal, and inventory until further order of this Court.

SO ORDERED AND ADJUDGED, this the 27th day of July, 2023.

_Billie J. Graham_
CHANCELLOR

PREPARED AND SUBMITTED BY:

s/ Robert B. McDuff
Robert B. McDuff (MSB#2532)
767 North Congress Street
Jackson, MS  39202-3009
601-259-8484 telephone
rbm@mcdufflaw.com