

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

NOTICE OF PRETRIAL CONFERENCES

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Judge Keith Starrett has ordered PRETRIAL CONFERENCES in the following civil jury and non-jury cases. These conferences will be held before United States District Judge Keith Starrett on **Wednesday, November 6, 2023,** unless otherwise preset. **Please note the time your case has been scheduled on the attached page to this notice**. Pretrial Conferences will be held in Judge Starrett's Conference Room, William M. Colmer Federal Building and Courthouse, 701 N. Main Street, Suite 228, Hattiesburg, Mississippi.

TRIALS are scheduled for a two-week civil calendar during the weeks of November 6, 2023, and November 13, 2023, unless otherwise preset.

COUNSEL FOR THE PARTIES ARE TO PREPARE A JOINT PROPOSED PRETRIAL ORDER APPROVED BY ALL THROUGH THEIR ATTORNEYS FOR PRESENTATION TO THE JUDGE AT THE PRETRIAL CONFERENCE. PLEASE REFER TO LOCAL RULE 16(j) GOVERNING PRETRIAL ORDERS AND OFFICIAL FORM NO. 3 FOR THE FORMAT FOR ALL PRETRIAL ORDERS. In preparing the Joint Proposed Pretrial Order, please note the language in Official Form No. 2(a), concerning depositions. See also Local Uniform Civil Rule 16(j)(5). (The Court will strictly adhere to this rule.)

FOR JURY TRIALS: Jury instructions are to be submitted to the trial judge seven (7) days prior to trial. Instructions should be emailed to the Court in Word format to starrett_chambers@mssd.uscourts.gov. Each party is limited to eight (8) substantive instructions. Additional instructions may be allowed upon leave of Court. Do not duplicate the Court's standard instructions, which are available upon request. Please refer to Federal Rule of Civil Procedure 51 regarding jury instructions.

FOR NON-JURY TRIALS: PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW MUST BE SUBMITTED TO THE COURT AND OPPOSING COUNSEL BY A DATE TO BE DETERMINED AT THE PRETRIAL CONFERENCE. The document must bear the style and number of the case and should be submitted by email.

## **FOR ALL TRIALS:**

Each party shall submit to the Court a Witness and Exhibit List in Word format, via email to Chambers, seven (7) days prior to the start of trial.

**Hard copies of all exhibits are to be submitted in triplicate to the Court at the beginning of the first day of the trial. (All copies of exhibits should be clean copies with all pages numbered and no printed exhibit number or letter on the first page.) One set of exhibits shall be submitted in manila folders, with each exhibit placed in a separate folder**

**tabbed with the corresponding exhibit number from the Exhibit List. Two copies shall be submitted in ring binders, tabbed with the corresponding exhibit number.**

**All Motions in Limine shall be filed twenty-one (21) days prior to the Pretrial Conference. SPECIAL NOTE: THIS IS SEVEN (7) DAYS SOONER THAN STATED IN L.U. CIV. R. 7(E).**

The parties are instructed that, in jury trial cases, a portion of the pretrial conference will be used to discuss settlement of the case. Counsel are instructed to confer with their client[s] in advance of the conference. <u>**COUNSEL AND THE CLIENT AND/OR A REPRESENTATIVE WITH FULL AUTHORITY SHALL BE PRESENT AT THE CONFERENCE UNLESS EXCUSED BY THE COURT**</u>**.** If the client and/or the representative with full authority are <u>SPECIFICALLY</u> <u>EXCUSED</u>   by the Court from attendance at the conference, the client and/or the representative with authority shall be standing by and available, either in person or by telephone, from fifteen (15) minutes before the conference is scheduled to commence until the conference is completed, in the event communication is necessary. **NOTE: THE CONFERENCE MAY EXTEND THROUGH THE LUNCH HOUR OR PAST 5:00 P.M. AND MAY LAST 2-3 HOURS OR MORE.** If Counsel feels it is appropriate, any client or representative with authority who is present, may sit in on the conference.

**For all jury trials a confidential settlement memorandum (three page maximum) shall be submitted to Judge Starrett three days prior to the conference. If any party objects to the judge being involved in settlement attempts and continuing to preside over the trial, then this objection should be voiced not less than five days prior to the pretrial conference. This objection will be honored and the judge will not conduct nor participate in settlement discussions.**

If there are any unavoidable conflicts with the setting of this Pretrial Conference, counsel should notify the undersigned in writing at Debra_Jackson@mssd.uscourts.gov.

Should a party or his/her attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment of dismissal or default or other appropriate judgment entered or sanctions imposed.

Date: August `8, 2023

                                              ARTHUR JOHNSTON, CLERK
                                              UNITED STATES DISTRICT COURT


                                        By: _____s/*Katherine Santiago*_____
                                                   Katherine Santiago
                                                   Courtroom Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

_____  PLAINTIFF(S)

**VERSUS**                                                  **CIVIL ACTION NO.**

_____  DEFENDANT(S)

**EXHIBITS LIST**

| DATE | NUMBER | DESCRIPTION | SPONSOR | EVID. | I.D. |
|------|--------|-------------|---------|-------|------|
|      | P-1 or D-1 | Biefly describe each exhibit; leave sponsor, identification, and evidence columns blank. These entries will be made during trial. | Leave these columns blank. The Court will fill them in as exhibits are entered. | | |

Double Space between exhibits.

(Special Note: All pages of exhibits are to be numbered.)

# PRETRIAL CONFERENCES
# BEFORE JUDGE KEITH STARRETT

<u>December 14, 2022</u>

| | | | |
|---|---|---|---|
| 9:00 a.m. | 2:22-cv-0093-KS-MTP | *Corbey Jones*<br>*Cynthia Ann Jones*<br>*Jones County, MS*<br>*Sheriff Joe Berlin*<br>*Deputy James Mann*<br>*Sgt. Jesse James*<br>*Deputy Colton Dennis*<br>*Unknown Deputies of Jones Co. Sheriff Dept. 1-5*<br>*Carol Johnston*<br>*Mekedes Coleman*<br>*Jennifer Henderson* | Bench Trial |