IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                                                 **PLAINTIFF**

**VERSUS**                                                                         **Civ. No. 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON;
JANET HENDERSON; AND
DEPUTY MEKEDES COLEMAN**                                                **DEFENDANTS**

## MOTION FOR EXTENSION OF CMO DEADLINES AND CONTINUANCE OF TRIAL

COMES NOW Deputy Mekedes Coleman (hereinafter "Ms. Coleman"), one of the Defendants herein, by and through counsel, and files this, her *Motion for Extension of CMO Deadlines and Continuance of Trial*, and in support thereof would show unto the court the following:

1. Ms. Coleman first became a party to this litigation by way of Amended Complaint [Doc. 52] filed on April 26, 2023. At that time depositions had been taken and written discovery exchanged between the original parties to this matter.

2. Prior to this time the Court had entered its Case Management Order (CMO) [Doc. 26] establishing deadlines and setting this matter for trial on November 6, 2023.

3. Ms. Coleman filed her Answer and Defenses on May 17, 2023 [Doc. 67].

4. On May 15, 2023, co-defendants Joe Berlin, Jennifer Henderson and Jones County, Mississippi, filed their *Motion to Dismiss for Lack of Jurisdiction* [Doc. 58] as well as their *Motion to Stay Proceedings* [Doc. 62].

5. On May 19, 2023, this Court entered its Order granting this motion to stay proceedings [Doc. 68]. This stay has not been lifted.

6. On May 25, 2023, Ms. Coleman filed her *Motion to Dismiss* [Doc. 69] based, *inter alia*, upon qualified immunity.

7. She has not been permitted to engage in discovery on her own behalf in light of the Court's stay order entered on May 19, 2023 [Doc. 68].

8. There are a number of pending motions before the Court in addition to Ms. Coleman's Motion to Dismiss [Doc. 69] and co-defendants Joe Berlin, Jennifer Henderson and Jones County, Mississippi's *Motion to Dismiss for Lack of Jurisdiction* [Doc. 58]. In addition to these motions, co-defendants Berlin, Henderson, and Jones County have filed a *Motion for Judgment on the Pleadings* [Doc. 60] based upon qualified immunity, and Plaintiff's *Motion for Leave to File Second Amended Complaint* [Doc. 82].

9. On August 8, 2023, this Court set this matter for a telephonic status conference on September 7, 2023, at 9:00 a.m.

10. On August 9, 2023, this Court issued its *Notice of Pretrial Conference* [Doc. 85], setting same for the first day of the two week trial calendar in which this matter is set for trial.

11. This Defendant has been prevented from conducting any discovery in this case on her own behalf and will not be prepared to try this case in November of 2023.

12. This Defendant respectfully requests that the Court dispense with the requirement of a memorandum brief accompanying this motion by virtue of the purely factual and procedural basis of same.

13. This Defendant respectfully submits that this Court should enter its Order continuing the trial of this matter and re-setting deadlines to become effective after the Court lifts the stay in place on this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant Mekedes Coleman moves the Court to enter its Order continuing the trial of this matter and resetting discovery, expert designation and dispositive motion deadlines a reasonable time following the Court's lifting of the stay of proceedings.

RESPECTFULLY SUBMITTED this the 14th day of August, 2023.

                                             Deputy Mekedes Coleman
                                             Defendant

                                           By: */s/Robert J. Dambrino III*
                                               Robert J. Dambrino III (MSB#5783)
                                               Wesley C. Pinson (MSB#106508)
                                               Attorneys for Defendant Deputy
                                               Mekedes Coleman

Of Counsel:

Gore, Kilpatrick & Dambrino PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.    662.226.1891
Fx.    662.226.2237
Eml.   wpinson@gorekilpatrick.com
Eml.   rdambrino@gorekilpatrick.com

## **CERTIFICATE OF SERVICE**

I, Robert J. Dambrino III, one of the attorneys for Defendant, do hereby certify that I served the above and foregoing pleading upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

This the 14th day of August, 2023.

*/s/Robert J. Dambrino III*
Robert J. Dambrino III (MSB#5783)