IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                                                         **PLAINTIFF**

V.                                                                                                           **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE BERLIN; DEPUTY JAMES MANN; SGT. JESSE JAMES; DEPUTY COLTON DENNIS; CAROL JOHNSON; JANET HENDERSON; AND DEPUTY MEKEDES COLEMAN**                                          **DEFENDANTS**

## ORDER

This cause comes before the Court on Deputy Mekedes Coleman's Motion for Extension of CMO Deadlines and Continuance of Trial [86]. The Court understands a stay is in place, and thus, the Notice of Pretrial Conference was docketed inadvertently. The Notice of Pretrial Conference has since been withdrawn, and therefore, the Motion for Continuance of Trial [86] is deemed moot.

As for the request to extend CMO deadlines, once the Court rules on the pending dispositive motions, the case will proceed accordingly. Should CMO deadlines need to be extended, the U.S. Magistrate Judge Michael Parker will address those at the appropriate time. Accordingly, that portion of the Motion [86] is also deemed moot. In light of these rulings, it is ORDERED that the telephone conference scheduled for September 7, 2023 is cancelled.

SO ORDERED AND ADJUDGED this 16th day of August 2023.

                                                                     /s/ Keith Starrett
                                                                     KEITH STARRETT
                                                                     UNITED STATES DISTRICT JUDGE