**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CORBEY JONES**                                                          **PLAINTIFF**

**VERSUS**                                    **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; CAROL JOHNSTON;**
**JANET HENDERSON; AND**
**DEPUTY MEKEDES COLEMAN,**                                  **DEFENDANTS**

**JONES COUNTY, MS, SHERIFF JOE BERLIN, AND JENNIFER**
**HENDERSON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Come now Jones County, MS, Sheriff Joe Berlin, and Jennifer Henderson (collectively "Respondents"), by and through counsel submit their Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint.

In support of the same, Respondents, as required by Rule 7(b)(4) of the Local Uniform Civil Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, are simultaneously filing a memorandum brief setting forth arguments and authorities related to the following grounds for this Court to deny Plaintiff's Motion.

1.      Plaintiff's Motion, pursuant to Rule 17(a)(3) of the Federal Rules of Civil Procedure, seeks to now add the recently-opened Estate of Andrew Wesley Jones, Deceased, as a party to this litigation, two (2) years, six (6) months, and eighteen (18) days

1

after Andrew's death, and one (1) year and thirteen (13) days from the date Plaintiff filed his initial Complaint. This Court should deny Plaintiff's Motion, with prejudice.

2. The primary question presented here is whether Plaintiff's initial failure to open and administer Andrew's Estate was a reasonable and understandable mistake. As set forth in detail in Respondents' Memorandum, Plaintiff's decision to file suit before opening the Estate was not a mistake but a clear choice. Furthermore, whether a choice or a mistake, it was neither reasonable nor understandable.

3. This Court, therefore, must deny Plaintiff's Motion because it fails to satisfy Rule 17's requirements, particularly since neither Plaintiff's Motion nor Memorandum assert that it was difficult for Plaintiff to determine the correct party to file suit.

4. Furthermore, the Court must deny Plaintiff's Motion inasmuch as its underlying legal argument does not comport with the entirety of the case from which the argument comes.

WHEREFORE, PREMISES CONSIDERED, based upon the grounds above, which are set forth in greater detail within Jones County, MS, Sheriff Joe Berlin, and Jennifer Henderson's supporting Memorandum of Authorities, Respondents respectfully request this Court dismiss Plaintiff's Motion for Leave to File Second Amended Complaint, with prejudice.

**DATE:**     **August 17, 2023.**

Respectfully submitted,

**JONES COUNTY, MISSISSIPPI,
SHERIFF JOE BERLIN, AND
JENNIFER HENDERSON**

2

By:     /s/ *Lance W. Martin*
       One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

3

**CERTIFICATE**

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys

for Defendants Jones County, Mississippi, Sheriff Joe Berlin, and Jennifer Henderson

hereby certify that on this day, I filed the foregoing Response in Opposition to Plaintiff's

Motion for Leave to File Second Amended Complaint with the Clerk of the Court using

the ECF system, which gave notice of the same to the following:

Robert McDuff, Esq.          Stephen J. Haedicke-PHV
The Law Office of Robert McDuff    Law Office of Stephen J. Haedicke, LLC
767 North Congress Street         1040 St. Ferdinand Street
Jackson, MS 39202            New Orleans, LA 70117
rbm@mcdufflaw.com           stephen@haedickelaw.com
     *Attorneys for Plaintiff*

Bethany A. Tarpley, Esq.
Daniel J. Griffith, Esq.
JACKS | GRIFFITH | LUCIANO, P.A.
P. O. Box 1209
Cleveland, MS 38732
btarpley@jlpalaw.com
dgriffith@jlpalaw.com
     *Attorneys for Mann, Sgt. Jesse James,*
     *Deputy Colton Dennis, and Carol Johnston*

Robert J. Dambrino, III (MSB #5783)
Gore, Kilpatrick & Dambrino, PLLC
2000 Gateway Drive
Grenada, MS 38901
rdambrino@gorekilpatrick.com
     *Attorney for Mekedes Coleman*

This, the 17th day of August, 2023.

                 /s/ *Lance W. Martin*

4

OF COUNSEL