IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                                                                       **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO.: 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF
JOE BERLIN; DEPUTY JAMES MANN;
SGT. JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON; JANET
HENDERSON; AND DEPUTY
MEKEDES COLEMAN**                                                                                 **DEFENDANTS**

## JOINDER

**COME NOW** the Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, by and through counsel, and file this Joinder in the following:

1. Jones County, MS, Sheriff Joe Berlin, and Jennifer Henderson's Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint **[Docs. 88 & 89]**.

As the arguments within that response are equally applicable to the undersigned Defendants, these Defendants hereby adopt the assertions, argument and requests for relief in them. For the sake of judicial economy, they file this Joinder indicating same.

**RESPECTFULLY SUBMITTED**, this the 17th day of August, 2023.

**JACKS | GRIFFITH | LUCIANO, P.A.**

By:   /s/ *Bethany A. Tarpley*
Bethany A. Tarpley, MS Bar No. 104134
Attorney for Defendants Deputy James Mann,
Sgt. Jesse James, Deputy Colton Dennis, and
Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
Telephone: (662) 843-6171
Facsimile: (662) 843-6176
Email: btarpley@jlpalaw.com

## CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Joinder* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

>Robert B. McDuff, Esq.
>Law Office of Robert McDuff
>Email: rbm@mcdufflaw.com
>**Attorney for Plaintiff**
>
>Stephen J. Haedicke, Esq.
>Law Office of Stephen Haedicke, LLC
>Email: stephen@haedickelaw.com
>**PHV Attorney for Plaintiff**
>
>William Robert Allen, Esq.
>Lance W. Martin, Esq.
>Allen, Allen, Breeland & Allen, PLLC
>Email: will.allen@aabalegal.com
>**Attorney for Jones County, MS, Sheriff Joe Berlin,**
>**& Janet Henderson**
>
>Robert J. "Robin" Dambrino, III
>Gore, Kilpatrick & Dambrino, PLLC
>Email: rdambrino@gorekilpatrick.com
>**Attorney for Mekedes Coleman**

**DATED** this 17th day of August, 2023.

>  */s/ Bethany A. Tarpley*
>  Bethany A. Tarpley