IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                                                      **PLAINTIFF**

**VERSUS**                                                                      **Civ. No. 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSTON;
JANET HENDERSON; AND
DEPUTY MEKEDES COLEMAN**                                                     **DEFENDANTS**

### JOINDER IN RESPONSE IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Deputy Mekedes Coleman, one of the Defendants herein, by and through counsel, and join in the allegations, arguments, authorities and requests for relief contained and set forth in the *Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint* filed herein by Jones County, MS, Sheriff Joe Berlin and Jennifer Henderson [Docs. 88, 89], and in support thereof shows unto the Court as follows:

This Defendant joins in *Jones County, MS, Sheriff Joe Berlin, and Jennifer Henderson's Response in Opposition to Plaintiff's Motion for Leave to File Second Complaint* [Doc. 88], and *Jones County, MS, Sheriff Joe Berlin and Jennifer Henderson's Memorandum of Authorities in Support of Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint* [Doc. 89] filed herein by Defendants Jones County, MS, Sheriff Joe Berlin and Jennifer Henderson, incorporating the same herein by reference, together with authorities and arguments asserted in support thereof, as indicated, *supra*.

WHEREFORE PREMISES CONSIDERED Deputy Mekedes Coleman, one of the Defendants herein, by and through counsel, joins in the allegations, arguments, authorities and

requests for relief contained and set forth in the *Response in Opposition to Plaintiff's Motion for Leave to File Second Complaint*, filed by Jones County, Mississippi, Sheriff Joe Berlin, and Jennifer Henderson.

RESPECTFULLY SUBMITTED this the 17th day of August, 2023.

        Deputy Mekedes Coleman
        Defendant

By:*/s/Robert J. Dambrino III*_____
    Robert J. Dambrino III (MSB#5783)
    Wesley C. Pinson (MSB#106508)
    Attorneys for Defendant Deputy
    Mekedes Coleman

Of Counsel:

Gore, Kilpatrick & Dambrino PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.   662.226.1891
Fx.   662.226.2237
Eml.  rdambrino@gorekilpatrick.com
Eml.  wpinson@gorekilpatrick.com

## **CERTIFICATE OF SERVICE**

I, Robert J. Dambrino, III, one of the attorneys for Defendant, do hereby certify that I served the above and foregoing pleading upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

This the 17th day of August, 2023.

        */s/Robert J. Dambrino III*_____
        Robert J. Dambrino III (MSB #5783)