**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CORBEY JONES**                                                                     **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE
BERLIN; DEPUTY JAMES MANN; SGT.
JESSE JAMES; DEPUTY COLTON
DENNIS; CAROL JOHNSON; JANET
HENDERSON; AND DEPUTY MEKEDES
COLEMAN**                                                                           **DEFENDANTS**

## <u>ORDER</u>

In in its Order dated September 22, 2023 [93], the Court granted Plaintiff leave to file a Second Amended Complaint. Plaintiff filed the Second Amended Complaint on September 25, 2023. In light of this new pleading, the Court finds that the Motion for Judgment on the Pleadings Based on Qualified Immunity [61] filed by Defendants Joe Berlin and Janet Henderson, as well as the Motion to Dismiss [69] filed by Defendant Mekedes Coleman are denied without prejudice to refiling should the Defendants determine that grounds for dismissal remain.

SO ORDERED AND ADJUDGED this 25th day of September 2023.

Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE