IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES**                                                                                 **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.: 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS, et al.**                                               **DEFENDANTS**

<u>**NOTICE OF SERVICE**</u>

**PURSUANT TO** Rule 5(d) of the Federal Rules of Civil Procedure, Defendants Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, have this day served the following upon all parties, by and through counsel of record:

*Defendants' First Supplemental Core Disclosures.*

**RESPECTFULLY SUBMITTED,** this the 16th day of October, 2023.

                                                        **JACKS | GRIFFITH | LUCIANO, P.A.**

                                 By:     /s/ ***Bethany A. Tarpley***
                                                      Bethany A. Tarpley, MS Bar No. 104134
                                                      Attorney for Defendants Deputy James Mann,
                                                      Sgt. Jesse James, Deputy Colton Dennis, and
                                                      Carol Johnston

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: btarpley@jlpalaw.com
www.jlpalaw.com

## CERTIFICATE OF SERVICE

      I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Service* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

      Robert B. McDuff, Esq.
      Law Office of Robert McDuff
      Email: rbm@mcdufflaw.com
      **Attorney for Plaintiffs**

      Stephen J. Haedicke, Esq.
      Law Office of Stephen Haedicke, LLC
      Email: stephen@haedickelaw.com
      **PHV Attorney for Plaintiffs**

      William Robert Allen, Esq.
      Allen, Allen, Breeland & Allen, PLLC
      Email: will.allen@aabalegal.com
      **Attorney for Jones County, MS & Sheriff Joe Berlin**

      Robert J. "Robin" Dambrino, III, Esq.
      Wesley C. Pinson, Esq.
      Gore, Kilpatrick & Dambrino, PLLC
      Email: rdambrino@gorekilpatrick.com
             wpinson@gorekilpatrick.com
      **Attorneys for Mekedes Coleman**

**DATED** this 16th day of October, 2023.

                                                /s/ ***Bethany A. Tarpley***
                                                Bethany A. Tarpley