IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES and ESTATE OF**
**ANDREW JONES**                                                                                    **PLAINTIFFS**

V.                                                                              CIVIL ACTION NO. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; CAROL JOHNSON; JANET**
**HENDERSON; AND DEPUTY MEKEDES**
**COLEMAN**                                                                                         **DEFENDANTS**

## ORDER

On October 26, 2023, Defendants, Sheriff Joe Berlin and Jennifer Henderson, filed a Second Motion for Judgment on the Pleadings Based on Qualified Immunity [101]. Plaintiff shall file a response on or before **November 9, 2023**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendants may file a reply on or before **November 16, 2023**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U. Civ. R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U. Civ. R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise whether such request is opposed.

SO ORDERED and ADJUDGED this 27th day of October 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE