# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CORBEY JONES and**
**ESTATE OF ANDREW JONES**                                                                              **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS, ET AL.**                                                                           **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion for Stay [104] filed by Defendants Sheriff Joe Berlin and Jennifer Henderson. On September 25, 2023, Plaintiffs filed their Second Amended Complaint [94]. On October 26, 2023, Defendants Berlin and Henderson filed a Motion for Judgment on the Pleadings [101], arguing that they are entitled to qualified immunity.

Defendants Berlin and Henderson also filed the instant Motion for Stay [104]. Rule 16(b)(3)(B) of the Local Uniform Civil Rules provides as follows:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED that the Motion for Stay [104] is granted, all discovery and disclosure requirements are stayed pursuant to the Local Rules, and the case management conference set for November 13, 2023, is hereby cancelled.

IT IS FURTHER ORDERED that counsel for Plaintiffs shall promptly notify the Magistrate Judge of the decision on the Motion for Judgment on the Pleadings [101] and shall submit a proposed order lifting the stay within seven (7) days of the ruling, if appropriate.

1

SO ORDERED this the 1st day of November, 2023.

                                          s/Michael T. Parker
                                        UNITED STATES MAGISTRATE JUDGE