**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CORBEY JONES; ESTATE OF ANDREW**
**WESLEY JONES**                                                          **PLAINTIFFS**

**VERSUS**                                              **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS, ET AL.**                                         **DEFENDANTS**

# *EXPEDITED CONSIDERATION REQUESTED*

**SHERIFF JOE BERLIN AND JENNIFER HENDERSON'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Come now Sheriff Joe Berlin and Jennifer Henderson (collectively "Movants"), by and through counsel, and respectfully move this Court for an extension of **seven (7) days** in which to submit their Reply to Plaintiffs' Response in Opposition to Movant's Second Motion for Judgment on the Pleadings based on Qualified Immunity [106, 107]. In support of the same, Movants would show unto the Court, as follows:

1.      Movants filed their Second Motion for Judgment on the Pleadings based on Qualified Immunity [101] and supporting Memorandum of Authorities [102] on October 26, 2023. Plaintiffs filed their Response in Opposition [106, 107] ("Response") on November 9, 2023, which makes Movants' Reply due today, November 16, 2023.

2.      Despite due diligence on the part of the undersigned counsel, Movants will be unable to meet their current brief deadline as undersigned counsel has been addressing separate matters, both in and outside of the office. In addition, undersigned counsel has communicated the need for this extension to counsel for Plaintiffs, who has

represented no opposition to additional time being granted, although Plaintiffs requested

Movants to submit their Reply before expiration of the seven-day-extension, if possible.

3.      Showing good cause for an enlargement of time is key to a request for the

same. The undersigned is engaged in a robust federal and state practice, with matters

pending in various chancery, circuit, and district courts throughout Mississippi. The

undersigned has read and reviewed Plaintiffs' Response, and has started drafting

Movants' Reply, but will be unable to meet the current brief deadline, in part due to the

undersigned's caseload as well as addressing the specific intricacies of arguments briefed

thus far.

4.      Movants submit that they request the extension herein in good faith, for

good cause, and nor for the purposes of harassment or delay. Furthermore, no party will

be prejudiced by the requested extension as this matter is currently stayed due to the

primary pending-Motion's underlying subject matter, *i.e.* qualified immunity.

5.      Considering the above, Movants respectfully request this Court extend the

current deadline by **seven (7) days until November 23, 2023, t**o allow the undersigned

counsel time to adequately prepare Movants' Reply to Plaintiffs' Response in Opposition

to Movants' Second Motion for Judgment on the Pleadings based on Qualified Immunity.

6.      Due to the simple and self-explanatory nature of this Motion, Movants

respectfully request the Court relieve them of any obligation to submit a supporting

memorandum of authorities.

WHEREFORE, PREMISES CONSIDERED, Defendants, Sheriff Joe Berlin and

Jennifer Henderson, respectfully request this Court extend the date on which their Reply

to Plaintiffs' Response in Opposition to Movants' Second Motion for Judgment on the

Pleadings based on Qualified Immunity is due by seven (7) days, or until November 23,

2023.

**DATE:**        **November 16, 2023.**

                                          Respectfully submitted,

                                          **SHERIFF JOE BERLIN, AND
                                          JENNIFER HENDERSON**

                                          By:      /s/ *Lance W. Martin*
                                                   One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street; P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361 Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com

**CERTIFICATE**

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys

for Defendants Sheriff Joe Berlin and Jennifer Henderson, hereby certify that on this day,

I filed the foregoing Motion for Extension of Time to File Reply with the Clerk of the

Court using the ECF system, which gave notice of the same to the following:

Robert McDuff, Esq.                  Stephen J. Haedicke-PHV
The Law Office of Robert McDuff      Law Office of Stephen J. Haedicke, LLC
767 North Congress Street            1040 St. Ferdinand Street
Jackson, MS  39202                   New Orleans, LA 70117
rbm@mcdufflaw.com                    stephen@haedickelaw.com

        *Attorneys for Plaintiff*


Bethany A. Tarpley, Esq.
Daniel J. Griffith, Esq.
JACKS | GRIFFITH | LUCIANO, P.A.
P. O. Box 1209
Cleveland, MS 38732
btarpley@jlpalaw.com
dgriffith@jlpalaw.com

        *Attorneys for Mann, Sgt. Jesse James,*
        *Deputy Colton Dennis, and Carol Johnston*

Robert J. Dambrino, III (MSB #5783)
Gore, Kilpatrick & Dambrino, PLLC
2000 Gateway Drive
Grenada, MS 38901
rdambrino@gorekilpatrick.com

        *Attorney for Mekedes Coleman*

This, the 16th day of November, 2023.

                                    /s/ *Lance W. Martin*
                                    OF COUNSEL