## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CORBEY JONES, ET AL.**                                                                              **PLAINTIFFS**

**V.**                                                   **CIVIL ACTION NO. 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS, ET AL.**                                                              **DEFENDANTS**

### ORDER

On March 6, 2024, Defendant Mekedes Coleman filed a Second Motion to Dismiss. *See* [110]. Plaintiffs' response is due on or before March 20, 2024. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). Any reply is due on or before March 27, 2024. *Id.* If either party requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per motion, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they must seek leave to do so and advise the Court whether it is opposed.

SO ORDERED AND ADJUDGED this 7th day of March, 2024.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE