UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| CORBEY JONES, | * | CIVIL ACTION NUMBER: |
| | * | |
| Plaintiff, | * | 2:22-CV-93-KS-MTP |
| | * | |
| VERSUS | * | |
| | * | |
| JONES COUNTY, MS, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE IN OPPOSITION TO SECOND MOTION TO DISMISS FILED BY MEKEDES COLEMAN

NOW INTO COURT, through undersigned counsel, come Plaintiffs Corbey Jones and the Estate of Andrew Wesley Jones, who file this Response in Opposition to the Second Motion to Dismiss filed by Defendant Mekedes Coleman, ECF Doc. 110-111. The reasons for this opposition are explained in the separate Memorandum submitted along with this Response.

Respectfully submitted,

/s/ Robert McDuff
Robert B. McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com

/s/ Stephen J. Haedicke (LA #30537)
Appearing Pro Hac Vice
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing motion has been served upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

                                           /s/ Stephen J. Haedicke