UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES ET AL.** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| Plaintiffs, | * | 2:22-CV-93-KS-MTP |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

Notice is hereby given that Plaintiffs Corbey Jones and the Estate of Andrew Wesley Jones served discovery as follows:

**Plaintiffs' First Interrogatories directed to Defendants Jones County and Sheriff Joe Berlin (in his official capacity)**

The undersigned will retain the originals of the above documents as required by the rules.

This, the 8th day of August, 2024.

Respectfully submitted,

By:   /s/ Robert McDuff
      Robert McDuff, Esq.
      The Law Office of Robert McDuff
      767 North Congress Street
      Jackson, MS 39202
      rbm@mcdufflaw.com

      /s/ Stephen Haedicke-PHV
      Law Office of Stephen J. Haedicke, LLC
      1040 St. Ferdinand Street
      New Orleans, LA 70117
      stephen@haedickelaw.com
      Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record identified below on this 8th day of August, 2024.

/s/ Stephen Haedicke (PHV)

| | |
|---|---|
| Bethany A. Tarpley, Esq. | Robert J. Dambrino |
| Daniel J. Griffith, Esq. | Gore, Kilpatric & Dambrino PLLC |
| Jacks, Griffith & Luciano, P.A. | PO Box 901 |
| P.O. Box 1209 | Grenada, MS 38902-0901 |
| Cleveland, MS 38732 | Ph: 662-226-1891 |
| btarpley@jlpalaw.com | Fx: 662-226.2237 |
| dgriffith@jlpalaw.com | rdambrino@gorkilpatrick.com |

William R. Allen (MSB #100541)
Lance W. Martin (MSB #105203)
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Tel. (601) 985-4244
Fax (601) 985-4500
Email: Will.Allen@butlersnow.com
Email: Lance.Martin@butlersnow.com