UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES ET Al.** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **Plaintiffs,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DEPOSITION**

TO:

Bethany A. Tarpley
Jacks/ Griffith/ Luciano, P.A.
P.O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732

Robert J. Dambrino III (MSB#5783)
Wesley C. Pinson (MSB#106508)
GORE, KILPATRICK & DAMBRINO PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901

Lance W. Martin
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400,
Ridgeland, MS 39157

Please take notice that Plaintiffs, Corbey Jones and the Estate of Andrew Wesley Jones, through undersigned counsel, will take the deposition testimony of the person listed below, at the time listed below, and will continue from day to day thereafter until completed. The deposition will be taken via Zoom video conference. The deposition is taken for all purposes permitted under the Federal Rules of Civil Procedure and will be recorded by stenographic means by an officer authorized to administer oaths and may also be video-recorded.  The deposition is as follows:

    Jennifer Henderson (via zoom)      9/12/2024      1:00 P.M.

You are invited to attend and participate as you deem appropriate.

/s/ Robert McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com


Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (LA No. 30537)
Appearing Pro Hac Vice
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504) 291-6990 Telephone
(504) 291-6998 Fax
Stephen@haedickelaw.com


### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I served a copy of the foregoing document to all parties via e-mail, by agreement.

Stephen Haedicke (PHV)