UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES ET Al.** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **Plaintiffs,** | * | **2:22-CV-93-KS-MTP** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| **Defendants.** | * | |

* * * * * * * * * * *

## NOTICE OF DEPOSITIONS

TO:

    Bethany A. Tarpley
    Jacks/ Griffith/ Luciano, P.A.
    P.O. Box 1209
    150 North Sharpe Avenue
    Cleveland, MS 38732

    Robert J. Dambrino III (MSB#5783)
    Wesley C. Pinson (MSB#106508)
    GORE, KILPATRICK & DAMBRINO PLLC
    Attorneys at Law
    P.O. Box 901
    Grenada, MS 38902-0901

    Lance W. Martin
    Butler Snow LLP
    1020 Highland Colony Parkway, Suite 1400,
    Ridgeland, MS 39157

    Please take notice that Plaintiffs, Corbey Jones and the Estate of Andrew Wesley Jones, through undersigned counsel, will take the deposition testimony of the persons listed below, at the times listed below, and will continue from day to day thereafter until completed. The depositions will be held in person at 415 N. Fifth Avenue, Laurel, MS 39440. The depositions are taken for all purposes permitted under the Federal Rules of Civil Procedure and will be recorded by stenographic means by an officer authorized to administer oaths and may also be video recorded. If video recorded, plaintiffs' attorney will be the videographer. The depositions are as follows:

| | | |
|---|---|---|
|     Mekedes Coleman | 9/12/2024 | 10:00 A.M. |
|     Sheriff Berlin | 9/12/2024 | 3:00 P.M. |

You are invited to attend and participate as you deem appropriate.

/s/ Robert McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com


Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (LA No. 30537)
Appearing Pro Hac Vice
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504) 291-6990 Telephone
(504) 291-6998 Fax
Stephen@haedickelaw.com


## CERTIFICATE OF SERVICE

    I hereby certify that on September 4, 2024, I served a copy of the foregoing document to all parties via e-mail, by agreement.

Stephen Haedicke (PHV)