UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| Plaintiffs, | * | 2:22-CV-93-KS-MTP |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S NOTICE OF SERVICE OF SECOND SET OF REQUESTS FOR PRODUCTION TO JONES COUNTY AND SHERIFF JOE BERLIN

Please take notice that the Plaintiffs have served the following on Defendants Jones County and Sheriff Joe Berlin on this date:

*Plaintiffs' Second Set of Requests for Production to Jones County and Sheriff Joe Berlin*

Dated September 9, 2024.

Respectfully submitted,

/s/ Robert McDuff
Robert McDuff, Esq.
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

/s/ Stephen Haedicke
Stephen J. Haedicke-PHV
1040 St. Ferdinand Street
New Orleans, LA 70117
stephen@haedickelaw.com
Admitted Pro Hac Vice

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record on this 9th day of September, 2024.


/s/ Stephen Haedicke (PHV)
Co-Counsel for Plaintiff