IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                                                    **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                                                                      **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**                                          **DEFENDANTS**

## NOTICE OF INTENT

TO:   ALL COUNSEL OF RECORD

You are hereby notified that after ten (10) days from the date of service of this notice, the undersigned will call the subpoena attached to this notice as "Exhibit A" to be served, and the same shall direct the following recipient to produce the items listed in the subpoena at the time and place specified in the subpoena:

> EMServe, Ambulance Servcie
> Records Custodian
> 1220 Jefferson Street
> Laurel Mississippi 39440

**Date:  September 19, 2024**

                                        Respectfully submitted,

                                        **JONES COUNTY, MS, AND**
                                        **SHERIFF JOE BERLIN**

                                        BY:    /s/*Lance W. Martin*
                                                One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow, LLP
1020 Highland Colony Pkwy.
Suite 1400
Ridgeland, MS 39157
Tel: 601-985-5711
will.allen@butlersnow.com
lance.martin@butlersnow.com

**CERTIFICATE OF SERVICE**

I, the undersigned, of Butler Snow LLP, one of the attorneys for Defendants, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which gave notice of same to the following:

Robert B. McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com  
    *Attorneys for Plaintiffs*

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com

Daniel J. Griffith, Esq.  
Bethany A. Tarpley, Esq.  
Jacks, Griffith & Luciano, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
dgriffith@jlpalaw.com  
btarpley@jlpalaw.com  
    *Attorneys for Defs. Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston*

Richard O. Burson, Esq.  
Peeler Grayson Lacey, Jr., Esq.  
Burson, Entrekin, Orr, Mitchell & Lacey, PA  
P. O. Box 1289  
Laurel, MS 39441-1289  
burson@beolaw.com  
lacey@beolaw.com  
    *Attorneys for Def. Donnie Scoggin*

This, the 19th day of September, 2024.

    */s/ Lance W. Martin*  
    OF COUNSEL

89709959.v1