**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CORBEY JONES ET AL.**                                    **PLAINTIFFS**

**VERSUS**                    **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS, ET AL.**                              **DEFENDANTS**

**<u>NOTICE OF SERVICE OF DISCOVERY</u>**

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that Defendants Jones County, Mississippi, and Sheriff Joe

Berlin have this date served:

- Jones County, Mississippi, and Sheriff Joe Berlin's Fifth Supplemental Response to Plaintiffs' First Set of Requests for Production.

The undersigned will retain the original of the above document as required by the

rules.

**DATE:        October 1, 2024**.

Respectfully submitted,

**JONES COUNTY, MS, AND
SHERIFF JOE BERLIN**

BY:     */s/ Lance W. Martin*_____
            One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
1020 Highland Colony Pkwy, STE 1400
Ridgeland, MS 39157
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE

I, the undersigned of Butler Snow LLP, hereby certify that on this day I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the ECF system which gave notice to the following:

Robert B. McDuff, Esq.                      Stephen J. Haedicke-PHV
The Law Office of Robert McDuff            Law Office of Stephen J. Haedicke, LLC
767 North Congress Street                  1040 St. Ferdinand Street
Jackson, MS  39202                         New Orleans, LA 70117
rbm@mcdufflaw.com                          stephen@haedickelaw.com
     *Attorneys for Plaintiffs*

Daniel J. Griffith, Esq.
Bethany A. Tarpley, Esq.
Jacks, Griffith & Luciano, P.A.
P. O. Box 1209
Cleveland, MS 38732
dgriffith@jlpalaw.com
btarpley@jlpalaw.com
     *Attorneys for Defs. Deputy James*
     *Mann, Sgt. Jesse James, Deputy Colton*
     *Dennis, and Carol Johnston*

Robert J. Dambrino III (MSB #5783)
Wesley C. Pinson (MSB #106508)
Gore, Kilpatrick & Dambrino PLLC
P.O. Box 901
Grenada, MS 38902-0901
rdambrino@gorekilpatrick.com
wpinson@gorekilpatrick.com
     *Attorneys for Def. Mekedes Coleman*

The 1st day of October, 2024.

                              /s/ Lance W. Martin
                              OF COUNSEL

89878741.v1