IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**
**CYNTHIA ANN JONES**                                                                    **PLAINTIFFS**

**VERSUS**                                                                    Civ. No. 2:22-CV-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; CAROL JOHNSTON;**
**JANET HENDERSON; AND**
**DEPUTY MEKEDES COLEMAN**                                                                    **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANT, MEKEDES COLEMAN'S**
**<u>DESIGNATION OF EXPERT WITNESSES</u>**

PLEASE TAKE NOTICE THAT Defendant, Mekedes Coleman, has this day served in the above-entitled action to all counsel of record:

1. *Defendant, Mekedes Coleman's Designation of Expert Witnesses*

This the 1st day of October, 2024.

                                  Deputy Mekedes Coleman
                                  Defendant

                              By: */s/Robert J. Dambrino III*
                                  Robert J. Dambrino III (MSB#5783)
                                  Attorneys for Defendant Deputy
                                  Mekedes Coleman

Of Counsel:
Gore, Kilpatrick & Dambrino PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.    662.226.1891
Fx.    662.226.2237
Eml.   rdambrino@gorekilpatrick.com

## **CERTIFICATE OF SERVICE**

I, Robert J. Dambrino III, one of the attorneys for Defendant, Mekedes Coleman, do hereby certify that I served the above and foregoing document upon all counsel of record via the Court's ECF/CMF system, which will send notice of filing to all counsel of record.

This the 1st day of October, 2024.

*/s/Robert J. Dambrino III*_____
Robert J. Dambrino III (MSB #5783)