## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CORBEY JONES ET AL.**                                                                             **PLAINTIFFS**

**VERSUS**                                                                                               Civil Action No. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS, ET AL.**                                                      **DEFENDANTS**

### NOTICE OF SERVICE OF DESIGNATION OF EXPERTS

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that Defendants Jones County, Mississippi, and Sheriff Joe Berlin have this date designated Dr. Jo Perkins Deal and Dr. Carl Wigren as experts in this matter. Their designations, expert reports, and information satisfying Rule 26(a)(2)(B) are being contemporaneously served with the filing of this notice.

**DATE:**     October 1, 2024.

                                                                Respectfully submitted,

                                                                **JONES COUNTY, MS, AND**
                                                               **SHERIFF JOE BERLIN**

                                                                BY:     */s/ Lance W. Martin*
                                                                                One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
1020 Highland Colony Pkwy, STE 1400
Ridgeland, MS 39157
will.allen@butlersnow.com
lance.martin@butlersnow.com

# **CERTIFICATE**

I, the undersigned of Butler Snow LLP, hereby certify that on this day I electronically filed the foregoing Notice of Designation of Experts with the Clerk of the Court using the ECF system which gave notice to the following:

Robert B. McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com  
    *Attorneys for Plaintiffs*

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com

Daniel J. Griffith, Esq.  
Bethany A. Tarpley, Esq.  
Jacks, Griffith & Luciano, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
dgriffith@jlpalaw.com  
btarpley@jlpalaw.com  
    *Attorneys for Defs. Deputy James*  
    *Mann, Sgt. Jesse James, Deputy Colton*  
    *Dennis, and Carol Johnston*

Robert J. Dambrino III (MSB #5783)  
Wesley C. Pinson (MSB #106508)  
Gore, Kilpatrick & Dambrino PLLC  
P.O. Box 901  
Grenada, MS 38902-0901  
rdambrino@gorekilpatrick.com  
wpinson@gorekilpatrick.com  
    *Attorneys for Def. Mekedes Coleman*

The 1st day of October, 2024.

                                                      */s/ Lance W. Martin*  
                                                      OF COUNSEL

89878739.v1