**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CORBEY JONES**                                                                 **PLAINTIFF**

**v.**                                **CIVIL ACTION NO.: 2:22-CV-93-KS-MTP**

**JONES COUNTY, MS, et al.**                                        **DEFENDANTS**

**NOTICE OF SERVICE**

**PURSUANT TO** Rule 5(d) of the Federal Rules of Civil Procedure, Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, in their Individual Capacities, have this day served the following upon all parties, by and through counsel of record a true and correct copy of *Defendants' Designation of Expert Witnesses*.

The undersigned retains the original of the above document as custodian thereof.

**RESPECTFULLY SUBMITTED**, this the 1st day of October, 2024.

                                                          **JACKS | GRIFFITH | LUCIANO, P.A.**

                                        By:     /s/ ***Bethany A. Tarpley***
                                                               Bethany A. Tarpley, MS Bar No. 104134
                                                               Daniel J. Griffith, MS Bar No. 8366
                                                               Attorneys for Defendants Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, in their Individual Capacities

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
Telephone: (662) 843-6171
Facsimile: (662) 843-6176
Email: btarpley@jlpalaw.com
        dgriffith@jlpalaw.com

## **CERTIFICATE OF SERVICE**

I, Bethany A. Tarpley, attorney of record for Defendants, Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston, in their Individual Capacities, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Service* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

> Robert B. McDuff, Esq.
> Law Office of Robert McDuff
> Email: rbm@mcdufflaw.com
> **Attorney for Plaintiff**
>
> Stephen J. Haedicke, Esq.
> Law Office of Stephen Haedicke, LLC
> Email: stephen@haedickelaw.com
> **PHV Attorney for Plaintiff**
>
> William Robert Allen, Esq.
> Lance W. Martin, Esq.
> Butler Snow
> Email:  Will.Allen@butlersnow.com
>          Lance.Martin@butlersnow.com
> **Attorney for Jones County, MS, Sheriff Joe Berlin,**
> **& Janet Henderson**
>
> Robert J. "Robin" Dambrino, III
> Gore, Kilpatrick & Dambrino, PLLC
> Email: rdambrino@gorekilpatrick.com
> **Attorney for Mekedes Coleman**

**DATED** this 1st day of October, 2024.

>                          /s/ *Bethany A. Tarpley*
>                          Bethany A. Tarpley