IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                                                             **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                                                        **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**              **DEFENDANTS**

<u>**NOTICE OF DEPOSITION**</u>

TO: ALL COUNSEL OF RECORD

      Please take notice that on the 9th day of October, 2024, at 10:00 a.m., Defendants, Jones County, Mississippi and Sheriff Joe Berlin will take the deposition of **CERA THOMPSON** at 415 N. Fifth Avenue, Laurel, MS 39440, upon oral examination to be recorded stenographically by a Court Reporter duly authorized to administer oaths. Said examination will continue from day to day until completed. You are invited to attend and participate in the deposition.

      **DATE: October 9, 2024**

                                                                         Respectfully submitted,

                                                                         **JONES COUNTY, MS, AND**
                                                                         **SHERIFF JOE BERLIN**

                                                          BY:     <u>*/s/ Lance W. Martin*</u>
                                                                             One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow LLP
1020 Highland Colony Parkway,
Suite 1400
Ridgeland, MS 39157
P.O. Box 6010,
Ridgeland, MS 39158-6010
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned, of Butler Snow LLP, hereby certify that I filed the foregoing Notice of Deposition with the Clerk of Court via the ECF system which gave notification of the same to the following:

| | |
|---|---|
| Robert B. McDuff, Esq. | Stephen J. Haedicke-PHV |
| The Law Office of Robert McDuff | Law Office of Stephen J. Haedicke, LLC |
| 767 North Congress Street | 1040 St. Ferdinand Street |
| Jackson, MS 39202 | New Orleans, LA 70117 |
| rbm@mcdufflaw.com | stephen@haedickelaw.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Daniel J. Griffith, Esq. | Richard O. Burson, Esq. |
| Bethany A. Tarpley, Esq. | Peeler Grayson Lacey, Jr., Esq. |
| Jacks, Griffith & Luciano, P.A. | Burson, Entrekin, Orr, Mitchell & Lacey, PA |
| P. O. Box 1209 | P. O. Box 1289 |
| Cleveland, MS 38732 | Laurel, MS 39441-1289 |
| dgriffith@jlpalaw.com | burson@beolaw.com |
| btarpley@jlpalaw.com | lacey@beolaw.com |
| *Attorneys for Defs. Deputy JamesMann, Sgt. Jesse James, Deputy ColtonDennis, and Carol Johnston* | *Attorneys for Def. Donnie Scoggin* |

This the 9th day of October, 2024.

*/s/ Lance W. Martin*
OF COUNSEL

89510220.v1