IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**                                                         **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**                                     **Civil Action No. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**           **DEFENDANTS**

**NOTICE OF DEPOSITION**

TO: ALL COUNSEL OF RECORD

Please take notice that on the 9th day of October, 2024, at 11:30 a.m., Defendants, Jones County, Mississippi and Sheriff Joe Berlin will take the deposition of **BETHANY HINTON** at 415 N. Fifth Avenue, Laurel, MS 39440, upon oral examination to be recorded stenographically by a Court Reporter duly authorized to administer oaths. Said examination will continue from day to day until completed. You are invited to attend and participate in the deposition.

    **DATE: October 9, 2024**

                                                        Respectfully submitted,

                                                        **JONES COUNTY, MS, AND**
                                                        **SHERIFF JOE BERLIN**

                                                        BY:    */s/ Lance W. Martin*
                                                                One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow LLP
1020 Highland Colony Parkway,
Suite 1400
Ridgeland, MS 39157
P.O. Box 6010,
Ridgeland, MS 39158-6010
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned, of Butler Snow LLP, hereby certify that I filed the foregoing Notice of Deposition with the Clerk of Court via the ECF system which gave notification of the same to the following:

Robert B. McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com  

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com  

*Attorneys for Plaintiffs*

Daniel J. Griffith, Esq.  
Bethany A. Tarpley, Esq.  
Jacks, Griffith & Luciano, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
dgriffith@jlpalaw.com  
btarpley@jlpalaw.com  
 *Attorneys for Defs. Deputy JamesMann, Sgt. Jesse James, Deputy ColtonDennis, and Carol Johnston*

Richard O. Burson, Esq.  
Peeler Grayson Lacey, Jr., Esq.  
Burson, Entrekin, Orr, Mitchell & Lacey, PA  
P. O. Box 1289  
Laurel, MS 39441-1289  
burson@beolaw.com  
lacey@beolaw.com  
 *Attorneys for Def. Donnie Scoggin*

This the 9th day of October, 2024.

/s/ Lance W. Martin  
OF COUNSEL

89510238.v1

3