IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES AND**  **PLAINTIFFS**
**CYNTHIA ANN JONES**

**VERSUS**  Civil Action No. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS; SHERIFF JOE**
**BERLIN; DEPUTY JAMES MANN; SGT.**
**JESSE JAMES; DEPUTY COLTON**
**DENNIS; UNKNOWN DEPUTIES**
**OF THE JONES COUNTY SHERIFF 1-5;**
**DONNIE SCOGGIN; AND CAROL JOHNSTON**  **DEFENDANTS**

## NOTICE OF DEPOSITION

TO: ALL COUNSEL OF RECORD

Please take notice that on the 9th day of October, 2024, at 1:30 p.m., Defendants, Jones County, Mississippi and Sheriff Joe Berlin will take the deposition of **CAREY JONES** at 415 N. Fifth Avenue, Laurel, MS 39440, upon oral examination to be recorded stenographically by a Court Reporter duly authorized to administer oaths. Said examination will continue from day to day until completed. You are invited to attend and participate in the deposition.

**DATE: October 9, 2024**

Respectfully submitted,

**JONES COUNTY, MS, AND**
**SHERIFF JOE BERLIN**

BY:  */s/ Lance W. Martin*
    One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow LLP
1020 Highland Colony Parkway,
Suite 1400
Ridgeland, MS 39157
P.O. Box 6010,
Ridgeland, MS 39158-6010
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned, of Butler Snow LLP, hereby certify that I filed the foregoing Notice of Deposition with the Clerk of Court via the ECF system which gave notification of the same to the following:

| | |
|---|---|
| Robert B. McDuff, Esq.<br>The Law Office of Robert McDuff<br>767 North Congress Street<br>Jackson, MS  39202<br>rbm@mcdufflaw.com | Stephen J. Haedicke-PHV<br>Law Office of Stephen J. Haedicke, LLC<br>1040 St. Ferdinand Street<br>New Orleans, LA 70117<br>stephen@haedickelaw.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Daniel J. Griffith, Esq.<br>Bethany A. Tarpley, Esq.<br>Jacks, Griffith & Luciano, P.A.<br>P. O. Box 1209<br>Cleveland, MS 38732<br>dgriffith@jlpalaw.com<br>btarpley@jlpalaw.com<br>*Attorneys for Defs. Deputy JamesMann, Sgt. Jesse James, Deputy ColtonDennis, and Carol Johnston* | Richard O. Burson, Esq.<br>Peeler Grayson Lacey, Jr., Esq.<br>Burson, Entrekin, Orr, Mitchell & Lacey, PA<br>P. O. Box 1289<br>Laurel, MS 39441-1289<br>burson@beolaw.com<br>lacey@beolaw.com<br>*Attorneys for Def. Donnie Scoggin* |

This the 9th day of October, 2024.

                                                  */s/ Lance W. Martin*
                                                OF COUNSEL

89510225.v1