IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES ET AL.**                                                                                   **PLAINTIFFS**

**VERSUS**                                       Civil Action No. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS, ET AL.**                                           **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:    ALL COUNSEL OF RECORD

Notice is hereby given that Defendants Jones County, Mississippi, and Sheriff Joe Berlin have this date served:

- Jones County, Mississippi, and Sheriff Joe Berlin's Responses to Plaintiffs' First Set of Interrogatories.

The undersigned will retain the original of the above document as required by the rules.

**DATE:**    **October 15, 2024**.

                                                               Respectfully submitted,

                                                               **JONES COUNTY, MS, AND SHERIFF JOE BERLIN**

                                                               BY:    */s/ Lance W. Martin*
                                                                                   One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
1020 Highland Colony Pkwy, STE 1400
Ridgeland, MS 39157
will.allen@butlersnow.com
lance.martin@butlersnow.com

# CERTIFICATE

I, the undersigned of Butler Snow LLP, hereby certify that on this day I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the ECF system which gave notice to the following:

Robert B. McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com  
    *Attorneys for Plaintiffs*

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com  

Daniel J. Griffith, Esq.  
Bethany A. Tarpley, Esq.  
Jacks, Griffith & Luciano, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
dgriffith@jlpalaw.com  
btarpley@jlpalaw.com  
    *Attorneys for Defs. Deputy James*  
    *Mann, Sgt. Jesse James, Deputy Colton*  
    *Dennis, and Carol Johnston*

Robert J. Dambrino III (MSB #5783)  
Wesley C. Pinson (MSB #106508)  
Gore, Kilpatrick & Dambrino PLLC  
P.O. Box 901  
Grenada, MS 38902-0901  
rdambrino@gorekilpatrick.com  
wpinson@gorekilpatrick.com  
    *Attorneys for Def. Mekedes Coleman*

The 15th day of October, 2024.

                                                  */s/ Lance W. Martin*  
                                                OF COUNSEL

90154265.v1