IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES ET AL.**                                                                **PLAINTIFFS**

**VERSUS**                                                          Civil Action No. 2:22-cv-93-KS-MTP

**JONES COUNTY, MS, ET AL.**                                                       **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:   ALL COUNSEL OF RECORD

Notice is hereby given that Defendants Jones County, Mississippi, and Sheriff Joe Berlin have this date served:

- Jones County, Mississippi, and Sheriff Joe Berlin's Responses to Plaintiffs' Second Set of Requests for Production.

The undersigned will retain the original of the above document as required by the rules.

**DATE:**       October 17, 2024.

                                                          Respectfully submitted,

                                                          **JONES COUNTY, MS, AND
                                                          SHERIFF JOE BERLIN**

                                                          BY:   */s/ Lance W. Martin*
                                                                      One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
1020 Highland Colony Pkwy, STE 1400
Ridgeland, MS 39157
will.allen@butlersnow.com
lance.martin@butlersnow.com

# CERTIFICATE

I, the undersigned of Butler Snow LLP, hereby certify that on this day I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the ECF system which gave notice to the following:

Robert B. McDuff, Esq.  
The Law Office of Robert McDuff  
767 North Congress Street  
Jackson, MS  39202  
rbm@mcdufflaw.com  
    *Attorneys for Plaintiffs*

Stephen J. Haedicke-PHV  
Law Office of Stephen J. Haedicke, LLC  
1040 St. Ferdinand Street  
New Orleans, LA 70117  
stephen@haedickelaw.com

Daniel J. Griffith, Esq.  
Bethany A. Tarpley, Esq.  
Jacks, Griffith & Luciano, P.A.  
P. O. Box 1209  
Cleveland, MS 38732  
dgriffith@jlpalaw.com  
btarpley@jlpalaw.com  
    *Attorneys for Defs. Deputy James Mann, Sgt. Jesse James, Deputy Colton Dennis, and Carol Johnston*

Robert J. Dambrino III (MSB #5783)  
Wesley C. Pinson (MSB #106508)  
Gore, Kilpatrick & Dambrino PLLC  
P.O. Box 901  
Grenada, MS 38902-0901  
rdambrino@gorekilpatrick.com  
wpinson@gorekilpatrick.com  
    *Attorneys for Def. Mekedes Coleman*

The 17th day of October, 2024.

                                              */s/ Lance W. Martin*  
                                              OF COUNSEL

90302631.v1