UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **CORBEY JONES AND** | * | **CIVIL ACTION NUMBER:** |
| **CYNTHIA JONES** | * | |
| | * | |
| Plaintiffs, | * | 2:22-CV-93-KS-MTP |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JONES COUNTY, MS, ET AL.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

TO:

Bethany A. Tarpley
Jacks/ Griffith/ Luciano, P.A.
P.O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732

Robert J. Dambrino III (MSB#5783)
Wesley C. Pinson (MSB#106508)
GORE, KILPATRICK & DAMBRINO PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901

Lance W. Martin
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400,
Ridgeland, MS 39157

Notice is hereby given that Plaintiff Corbey Jones, through counsel, intend to serve a Notice of Depositions to attorneys of Plaintiffs. The undersigned will retain the originals of the above documents as required by the rules.

This, the 23rd day of October 2024.

Respectfully submitted,

/s/ Robert McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com


Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (LA No. 30537)
Appearing Pro Hac Vice

1040 Saint Ferdinand St.<br>
New Orleans, LA  70117<br>
(504) 291-6990 Telephone<br>
(504) 291-6998 Fax<br>
Stephen@haedickelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2024, I served a copy of the foregoing document to all parties via e-mail, by agreement.

/s/ Stephen Haedicke<br>
Stephen Haedicke (PHV)