UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| CORBEY JONES ET AL., | * | CIVIL ACTION NUMBER: |
| | * | |
| Plaintiffs, | * | |
| | * | 2:22-CV-93-KS-MTP |
| | * | |
| VERSUS | * | |
| | * | |
| JONES COUNTY, MS, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JONES COUNTY AND THE PLAINTIFFS' OFFICIAL CAPACITY CLAIMS AGAINST DEFENDANTS SHERIFF JOE BERLIN AND JENNIFER HENDERSON

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Corbey Jones and the Estate of Andrew Wesley Jones, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss with prejudice all claims against Defendant, Jones County, Mississippi. Additionally, the Plaintiffs hereby dismiss all official capacity claims against Defendants Sheriff Joe Berlin and Jennifer Henderson (erroneously identified as "Janet Henderson" in the Second Amended Complaint). All other claims against all Defendants in their individual capacities remain.

As required by Rule 41(a)(1)(A)(ii), counsel for all parties that have appeared have signed this Stipulation of Dismissal.

Respectfully submitted,

/s/ Robert McDuff
Robert B. McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484
rbm@mcdufflaw.com

-and-

/s/ Stephen J. Haedicke (LA #30537)
Appearing Pro Hac Vice
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com

**ATTORNEYS FOR PLAINTIFFS**

**Counsel for Defendants:**

By: */s/ Lance W. Martin*
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow LLP
1020 Highland Colony Parkway,
Suite 1400
Ridgeland, MS 39157
P.O. Box 6010,
Ridgeland, MS 39158-6010
will.allen@butlersnow.com
lance.martin@butlersnow.com

**COUNSEL FOR JONES COUNTY, MS, SHERIFF JOE BERLIN, AND JENNIFER HENDERSON**

By:/s/Robert J. Dambrino III
Robert J. Dambrino III (MSB#5783)
Of Counsel:
Gore, Kilpatrick & Dambrino PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph. 662.226.1891
Fx. 662.226.2237
Eml. rdambrino@gorekilpatrick.com

**ATTORNEY FOR DEFENDANT DEPUTY MEKEDES COLEMAN**

*By: /s/ Bethany A. Tarpley*
*Bethany A. Tarpley, MS Bar No. 104134*
*Of Counsel:*
*JACKS | GRIFFITH | LUCIANO, P.A.*
*P. O. Box 1209*
*150 North Sharpe Avenue*
*Cleveland, MS 38732*
*Telephone: (662) 843-6171*
*Facsimile: (662) 843-6176*
*Email: btarpley@jlpalaw.com*

**ATTORNEY FOR DEFENDANTS DEPUTY JAMES MANN, SGT. JESSE JAMES, DEPUTY COLTON DENNIS, AND CAROL JOHNSTON, IN THEIR INDIVIDUAL CAPACITIES**

### CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke