UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| CORBEY JONES ET AL. | * | CIVIL ACTION NUMBER: |
| | * | |
| Plaintiffs, | * | |
| | * | 2:22-CV-93-KS-MTP |
| | * | |
| VERSUS | * | |
| | * | |
| JONES COUNTY, MS, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing *Stipulation of Voluntary Dismissal with Prejudice of Defendant Jones County and the Plaintiff's Official Capacity Claims against Defendants Sheriff Joe Berlin and Jennifer Henderson,* and good grounds appearing therefore:

**IT IS ORDERED** that the Plaintiffs' claims against Jones County, Mississippi are hereby dismissed with prejudice. **IT IS FURTHER ORDERED** that Plaintiffs' official capacity claims against Sheriff Joe Berlin and Jennifer Henderson are hereby dismissed with prejudice. The Plaintiffs' claims against all individual Defendants in their individual capacities remain.

**SO ORDERED** this day _____ of _____, 2024.

_____
District Judge