IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CORBEY JONES, *et al.***                                            **PLAINTIFFS**

**V.**               **CIVIL ACTION NO. 2:22-cv-93-KS-MTP**

**JONES COUNTY, MS, *et al.***                                     **DEFENDANTS**

## **ORDER**

Considering the *Stipulation of Voluntary Dismissal with Prejudice of Defendant Jones County and the Plaintiff's Official Capacity Claims against Defendants Sheriff Joe Berlin and Jennifer Henderson* [Doc. No. 141], and good grounds appearing therefore:

**IT IS ORDERED** that the Plaintiffs' claims against Jones County, Mississippi are hereby dismissed with prejudice. **IT IS FURTHER ORDERED** that Plaintiffs' official capacity claims against Sheriff Joe Berlin and Jennifer Henderson are hereby dismissed with prejudice. The Plaintiffs' claims against all individual Defendants in their individual capacities remain.

SO ORDERED and ADJUDGED this 4th day of November 2024.

                                                   /s/ Keith Starrett
                                                   KEITH STARRETT
                                                   SENIOR UNITED STATES DISTRICT JUDGE