UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| CORBEY JONES ET AL. | * | CIVIL ACTION NUMBER: |
| | * | |
| Plaintiffs, | * | |
| | * | 2:22-CV-93-KS-MTP |
| | * | |
| VERSUS | * | |
| | * | |
| JONES COUNTY, MS, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing *Stipulation of Voluntary Dismissal with Prejudice of All Plaintiffs' Remaining Claims Against All Defendants,* and good grounds appearing therefore:

**IT IS ORDERED** that all of Plaintiffs' remaining claims against all Defendants are dismissed with prejudice. This case is closed.

**SO ORDERED** this day \_\_\_\_ of _____, 2025.

_____

District Judge