UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| CORBEY JONES ET AL. | * | CIVIL ACTION NUMBER: |
| Plaintiffs, | * | |
| | * | 2:22-CV-93-KS-MTP |
| VERSUS | * | |
| JONES COUNTY, MS, ET AL. | * | |
| Defendants. | * | |

* * * * * * * * * * *

**O R D E R**

Considering the *Stipulation of Voluntary Dismissal with Prejudice of All Plaintiffs' Remaining Claims Against All Defendants* [Doc. No. 143], and good grounds appearing therefore:

**IT IS ORDERED** that all of Plaintiffs' remaining claims against all Defendants are dismissed with prejudice. This case is closed.

**SO ORDERED AND ADJUDGED** this 18th day of February 2025.

/s/ Keith Starrett
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE